UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| Michael Cole, individually and on behalf of all others similarly situated,<br><br>                           Plaintiff(s),<br>vs.<br>Gene by Gene, Ltd., a Texas limited liability company doing business as Family Tree DNA,<br><br>                           Defendant(s). | Case No. 1:14-cv-00004<br><br>MOTION AND APPLICATION OF NON-ELIGIBLE ATTORNEY FOR PERMISSION TO APPEAR AND PARTICIPATE IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA |

To the Honorable Judge of the above-entitled court:

I, James Dominick Larry, hereby apply for permission to appear and
   (name)
participate as counsel for Michael Cole, Plaintiff,
                 (Name of party)                 (plaintiff/defendant)
in the above-entitled cause pursuant to Rule 83.1 (d) of the Local Rules for the United States

District Court, District of Alaska.

I hereby apply for permission to appear and participate as counsel WITHOUT

ASSOCIATION of local counsel because [check whichever of the following boxes apply, if

any]:

☐ I am a registered participant in the CM/ECF System for the District of Alaska and consent

    to service by electronic means through the court's CM/ECF System.

☐ I have concurrently herewith submitted an application to the Clerk of the Court for

    registration as a participant in the CM/ECF System for the District of Alaska and consent

    to service by electronic means through the court's CM/ECF System.

☐ For the reasons set forth in the attached memorandum.

**OR**

I hereby designate  Douglas K. Mertz  , a member of the Bar of this court,
(Name)
who maintains an office at the place within the district, with whom the court and opposing counsel may readily communicate regarding conduct of this case.

DATE: June 3, 2014

_____
(Signature)

James Dominick Larry
(Printed Name)

350 North LaSalle Street, Suite 1300
(Address)

Chicago, Illinois 60654
(City/State/Zip)

(312) 589-6370
(Telephone Number)

nlarry@edelson.com
(e-mail address)

Consent of Local Counsel*

I hereby consent to the granting of the foregoing application.

DATE: June 3, 2014

_____
(Signature)

Douglas K. Mertz
(Printed Name)

319 S. Seward Street, Suite 5
(Address)

Juneau, Alaska 99801
(City, State, Zip)

(907) 586-4004
(Telephone)

(*Member of the Bar of the United States District Court for the District of Alaska)

DECLARATION OF NON-ELIGIBLE ATTORNEY

Full Name: James Dominick Larry

Business Address: 350 North LaSalle St., Suite 1300 , Chicago, IL 60654
(Mailing/Street) (City, State, ZIP)

Residence: 360 E. South Water Street, Apt. 3406 , Chicago, IL 60601
(Mailing/Street) (City, State, ZIP)

Business Telephone: (312) 589-6370   e-mail address: nlarry@edelson.com

Other Names/Aliases:

Jurisdictions to Which Admitted and year of Admission:

| Jurisdiction | Address | Year |
|---|---|---|
| Illinois Supreme Court | 421 East Capitol Avenue, Springfield, Illinois 62701 | 2012 |
| Northern District of Illinois | 219 South Dearborn Street, Chicago, Illinois 60604 | 2012 |
| Eastern District of Michigan | 231 W. Lafayette Blvd, Detroit, Michigan 48226 | 2012 |
| Ninth Circuit Court of Appeals | 95 7th Street, Sas Francisco, California 94103 | 2013 |

Are you the subject of any pending disciplinary proceeding in any jurisdiction to which admitted?

Yes ☐   No ☒  (If Yes, provide details on a separate attached sheet)

Have you ever been suspended from practice or disbarred in any jurisdiction to which admitted?

Yes ☐   No ☒  (If Yes, provide details on a separate attached sheet)

In accordance with D.AK. LR 83.1(d)(4)[A](vi), I certify I have read the District of Alaska local rules by visiting the court's website at http://www.akd.uscourts.gov and understand that the practices and procedures of this court may differ from the practices and procedures in the courts to which I am regularly admitted.

A Certificate of Good Standing from a jurisdiction to which I have been admitted is attached.

Pursuant to 28 U.S.C. §1746, I hereby declare under penalty of perjury that the foregoing information is true, correct, and accurate.

Dated: June 3, 2014

_____
(Signature of Applicant)