IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MICHAEL COLE, individually and on behalf of all others similarly situated,<br><br>*Plaintiff,*<br><br>v.<br><br>GENE BY GENE, LTD., a Texas limited liability company d/b/a FAMILY TREE DNA,<br><br>*Defendant.* | Case No.: 1:14-cv-00004-SLG<br><br>Hon. Sharon L. Gleason |

## NOTICE OF LODGING

TO: The Clerk of the Court and all counsel of record.

**PLEASE TAKE NOTICE** that on June 30, 2014 and pursuant to the Court's June 30th Docket Annotation, the undersigned caused a true and accurate copy of the attached ***Certificate of Admission To the Bar of Illinois*** to be filed and transmitted to all counsel of record via the Court's CM/ECF electronic filing system.

|  |  |
|---|---|
|  | **MICHAEL COLE**, individually and on behalf of all others similarly situated, |
| Dated: June 30, 2014 | By: /s/ David I. Mindell<br>One of Plaintiff's Attorneys |
|  | David I. Mindell<br>dmindell@edelson.com<br>EDELSON PC<br>350 North LaSalle Street, Suite 1300<br>Chicago, Illinois 60654<br>Tel: 312.589.6370<br>Fax: 312.589.6378 |
|  | Douglas Mertz<br>mertzlaw@gmail.com<br>319 Seward Street, Suite 5<br>Juneau, Alaska 99801<br>Tel: 907.586.4004<br>Fax: 888.293.2530 |

## CERTIFICATE OF SERVICE

  I, David I. Mindell, an attorney, hereby certify that on June 30, 2014, I served the above and foregoing *Notice of Lodging* by causing true and accurate copies of such paper to be transmitted to all counsel of record via the Court's CM/ECF electronic filing system, on this 30th day of June 2014.

                /s/ David I. Mindell