Timothy M. Lynch
LYNCH & ASSOCIATES, P.C.
425 G Street, Suite 420
Anchorage, Alaska 99501
(907) 276-3222 telephone
(907) 278-9498 facsimile
tlynch@northlaw.com

Attorneys for Gene by Gene, Ltd.

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MICHAEL COLE, individually and on behalf of all others similarly situated | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| GENE BY GENE, LTD., a Texas Limited Liability company d/b/a FAMILY TREE DNA, | ) ) ) ) |
| Defendant. | ) ) |
| | ) Case No. 1:14-CV-00004-SLG |

**STIPULATION TO EXTEND DEADLINE TO FILE ANSWER**

Plaintiff, Michael Cole, individually and on behalf of all others similarly situated, by and through counsel of record, Douglas K. Mertz of Mertz Law Offices and Benjamin H. Richman of Edelson, P.C., and Defendant, Gene by Gene Ltd., a Texas Limited Liability Company d/b/a Family Tree DNA, by and through counsel of record, Timothy M. Lynch of Lynch & Associates, P.C., and hereby stipulate and agree to extend the deadline for Defendant to file their Answer to July 29, 2014. Lynch & Associates was retained to represent the Defendant on July 2, 2014 and promptly entered their appearance.[1] Counsel for Defendant has

Lynch & Associates, P.C.
A PROFESSIONAL CORPORATION
425 G Street, Suite 420
Anchorage, Alaska 99501
Phone: (907) 276-3222
Fax: (907) 278-9498

---

[1] Doc 17.

Stipulation to Extend Deadline to File Answer
*Cole v. Gene by Gene, Ltd.*
Page 1 of 3
Case No. 1:14-cv-00004-SLG

not had an opportunity to confer with his client to review the Complaint in order to prepare an

adequate Answer.  The requested extension of time will permit this to occur.

RESPECTFULLY submitted this 7th day of July, 2014.

Attorneys for Plaintiff

By:  /s/ Douglas K. Mertz
Douglas K. Mertz
319 Seward Street, Suite 5
Juneau, AK 99801
(907) 586-4004 Telephone
(888) 293-2530 Facsimile
mertzlaw@gmail.com

Jay Edelson*
jedelson@edelson.com
Rafey S. Balabanian*
rbalabanian@edelson.com
Benjamin H. Richman*
brichman@edelson.com
J. Dominick Larry*
nlarry@edelson.com
David I. Mindell *
dmindell@edelson.com
EDELSON PC
350 North LaSalle Street, Ste 1300
Chicago, Illinois 60654
(312) 589.6370 Telephone
(312) 589.6378 Facsimile

*Motion for admission to be filed.

//

//

//

//

//

Lynch & Associates, P.C.
A PROFESSIONAL CORPORATION
425 G Street, Suite 420
Anchorage, Alaska 99501
Phone: (907) 276-3222
Fax: (907) 278-9498

RESPECTFULLY submitted this 7th day of July, 2014.

LYNCH & ASSOCIATES, P.C.
Attorneys for Defendant

By: /s/ Timothy M. Lynch
    Timothy M. Lynch
    LYNCH & ASSOCIATES, P.C.
    425 G Street, Suite 420
    Anchorage, AK 99501
    (907) 276-3222 Telephone
    (907) 278-9498 Facsimile
    tlynch@northlaw.com
    Alaska Bar No. 7111030

Certificate of Service

The undersigned herby certifies that
on 7th day of July, 2014 a true and
correct copy of the foregoing was served
via the CM/ECF delivery system upon:

Douglas K. Mertz        *Attorneys for Plaintiff*
Jay Edelson
Rafey S. Balabanian
Benjamin H. Richman
J. Dominick Larry
David I. Mindell

/s/ Timothy M. Lynch
Lynch & Associates, P.C.

Lynch & Associates, P.C.
A PROFESSIONAL CORPORATION
425 G Street, Suite 420
Anchorage, Alaska 99501
Phone: (907) 276-3222
Fax: (907) 278-9498