Timothy M. Lynch
LYNCH & ASSOCIATES, P.C.
425 G Street, Suite 420
Anchorage, Alaska 99501
(907) 276-3222 telephone
(907) 278-9498 facsimile
tlynch@northlaw.com

Attorneys for Gene by Gene, Ltd.

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MICHAEL COLE, individually and on behalf of all others similarly situated<br><br>       Plaintiff,<br>v.<br><br>GENE BY GENE, LTD., a Texas Limited Liability company d/b/a FAMILY TREE DNA,<br><br>       Defendant. | Case No. 1:14-CV-00004-SLG |

**ORDER GRANTING STIPULATION TO EXTEND
DEADLINE TO FILE ANSWER**

It is so ORDERED that the Stipulation to Extend Deadline to File Answer [Doc 18] is hereby GRANTED, and the deadline for Defendant to file their Answer shall be July 29, 2014.

Date: _____       _____
                                                                    Honorable Sharon L. Gleason

Order Granting Stipulation to Extend Deadline to File Answer      Page 1 of 2
*Cole v. Gene by Gene, Ltd.*      Case No. 1:14-cv-00004-SLG

Case 1:14-cv-00004-SLG    Document 18-1    Filed 07/07/14    Page 1 of 2

Certificate of Service

The undersigned herby certifies that
on 7th day of July, 2014 a true and
correct copy of the foregoing was served
via the CM/ECF delivery system upon:

| | |
|---|---|
| Douglas K. Mertz | *Attorneys for Plaintiff* |
| Jay Edelson | |
| Rafey S. Balabanian | |
| Benjamin H. Richman | |
| J. Dominick Larry | |
| David I. Mindell | |

/s/ Timothy M. Lynch
Lynch & Associates, P.C.

**Lynch & Associates, P.C.**
A PROFESSIONAL CORPORATION
425 G Street, Suite 420
Anchorage, Alaska 99501
Phone: (907) 276-3222
Fax: (907) 278-9498

Order Granting Stipulation to Extend Deadline to File Answer    Page 2 of 2
*Cole v. Gene by Gene, Ltd.*    Case No. 1:14-cv-00004-SLG

Case 1:14-cv-00004-SLG   Document 18-1   Filed 07/07/14   Page 2 of 2