Timothy M. Lynch
Katie S. Davies
HOZUBIN, MOBERLY, LYNCH & ASSOCIATES
711 M Street, Suite 2
Anchorage, AK 99501
(907) 276-5297 Telephone
(907) 278-5291 Facsimile
tlynch@northlaw.com
kdavies@northlaw.com

Attorneys for Gene by Gene, Ltd.

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MICHAEL COLE, individually and on behalf of all others similarly situated,<br><br>   Plaintiff,<br><br>v.<br><br>GENE BY GENE, LTD., a Texas Limited Liability Company d/b/a FAMILY TREE DNA,<br><br>   Defendant. | Case No. 1:14-cv-00004-SLG |

**STIPULATION TO EXTEND DEADLINE TO FILE SCHEDULING AND PLANNING CONFERENCE REPORT**

Plaintiff, Michael Cole, individually and on behalf of all others similarly situated, by and through counsel of record, Benjamin H. Richman of Edelson PC, and Defendant, Gene by Gene Ltd., a Texas Limited Liability Company d/b/a Family Tree DNA, by and through counsel of record, Hozubin, Moberly, Lynch & Associates, P.C., hereby stipulate and agree, subject to the Court's approval, to extend the deadline to file a joint Scheduling and Planning Conference Report to September 12, 2014.

During the Parties initial Rule 26(f) conference, Plaintiff's counsel offered to provide Defendant and its counsel a presentation that would, *inter alia*, describe the pre-

Stipulation to Extend Deadline to File Scheduling & Planning Conference Report Page 1 of 3
*Cole v. Gene by Gene, Ltd.* Case No. 1:14-cv-00004-SLG

Case 1:14-cv-00004-SLG Document 27 Filed 08/26/14 Page 1 of 3

suit investigation they performed, the results of that investigation, the factual bases of Plaintiff's allegations and Plaintiff's views of the case more generally. Defendant has accepted that offer and the Parties are now scheduled to proceed with the presentation (remotely in light of their disparate geographic locations) on September 3, 2014. In light of their agreement to proceed with the presentation and in an effort to focus their time and other resources on preparing for the presentation and pursuing any additional discussions that may follow, the Parties have conferred and agreed to request a brief continuance of their deadline to file a joint Scheduling and Planning Conference Report.

In light of the foregoing, the Parties believe that there is good cause to grant the relief requested herein.

RESPECTFULLY submitted this 26th day of August, 2014.

> MICHAEL COLE, individually and on behalf of all others similarly situated,
>
> By: /s/ Benjamin H. Richman
>      One of Plaintiff's Attorneys
>
> Benjamin H. Richman (*Pro Hac Vice*)
> brichman@edelson.com
> EDELSON PC
> 350 North LaSalle Street, Suite 1300
> Chicago, Illinois 60654
> Tel: 312.589.6370
> Fax: 312.589.6378
>
> Douglas K. Mertz
> mertzlaw@gmail.com
> MERTZ LAW
> 319 Seward Street, Suite 5
> Juneau, AK 99801
> (907) 586-4004 Telephone
> (888) 293-2530 Facsimile

Hozubin, Moberly, Lynch & Associates
An Association of Professional Corporations
711 M Street, Suite 2, Anchorage, Alaska 99501
P: 907.276.5297   F: 907.276.5291

Stipulation to Extend Deadline to File Scheduling & Planning Conference Report         Page 2 of 3
*Cole v. Gene by Gene, Ltd.*                                                          Case No. 1:14-cv-00004-SLG

Case 1:14-cv-00004-SLG   Document 27   Filed 08/26/14   Page 2 of 3

RESPECTFULLY submitted this 26th day of August, 2014.

        HOZUBIN, MOBERLY,
        LYNCH & ASSOCIATES
        Attorneys for Defendant

        By: /s/ Timothy M. Lynch
        Timothy M. Lynch
        Katie S. Davies
        HOZUBIN, MOBERLY,
        LYNCH & ASSOCIATES
        711 M Street, Suite 2
        Anchorage, AK 99501
        (907) 276-5297 Telephone
        (907) 278-5291 Facsimile
        tlynch@northlaw.com
        kdavies@northlaw.com
        Alaska Bar No. 7111030
        Alaska Bar No. 1106058

<u>Certificate of Service</u>

The undersigned herby certifies that on 26th day of August, 2014 a true and correct copy of the foregoing was served via the CM/ECF delivery system upon:

Douglas K. Mertz                                    *Attorneys for Plaintiff*
Benjamin H. Richman
Jay Edelson
Rafey S. Balabanian
J. Dominick Larry
David I. Mindell


/s/ Timothy M. Lynch
Hozubin, Moberly, Lynch & Associates

Stipulation to Extend Deadline to File Scheduling & Planning Conference Report    Page 3 of 3
*Cole v. Gene by Gene, Ltd.*    Case No. 1:14-cv-00004-SLG

Case 1:14-cv-00004-SLG   Document 27   Filed 08/26/14   Page 3 of 3