Timothy M. Lynch
Katie S. Davies
HOZUBIN, MOBERLY, LYNCH & ASSOCIATES
711 M Street, Suite 2
Anchorage, AK 99501
(907) 276-5297 Telephone
(907) 278-5291 Facsimile
tlynch@northlaw.com
kdavies@northlaw.com

Attorneys for Gene by Gene, Ltd.

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MICHAEL COLE, individually and on behalf of all others similarly situated ) ) ) Plaintiff, ) v. ) ) GENE BY GENE, LTD., a Texas Limited ) Liability Company d/b/a FAMILY TREE ) DNA, ) ) Defendant. ) _____) | Case No. 1:14-cv-00004-SLG |

**ORDER GRANTING STIPULATION TO EXTEND
DEADLINE TO FILE SCHEDULING &
PLANNING CONFERENCE REPORT**

It is so ORDERED that the Stipulation to Extend Deadline to File Scheduling and

Planning Conference Report [Doc 27] is hereby GRANTED, and the deadline for filing

the report shall be September 12, 2014.

Date: _____   _____
                                    Honorable Sharon L. Gleason

Order Granting Stipulation to Extend Deadline                                    Page 1 of 2
*Cole v. Gene by Gene, Ltd.*                                          Case No. 1:14-cv-00004-SLG
Case 1:14-cv-00004-SLG   Document 27-1   Filed 08/26/14   Page 1 of 2

Hozubin, Moberly, Lynch & Associates
An Association of Professional Corporations
711 M Street, Suite 2, Anchorage, Alaska 99501
P: 907.276.5297  F: 907.276.5291

Certificate of Service

The undersigned herby certifies that
On 26th day of August, 2014 a true and
correct copy of the foregoing was served
via the CM/ECF delivery system upon:

| | |
|---|---|
| Douglas K. Mertz | *Attorneys for Plaintiff* |
| Benjamin H. Richman | |
| Jay Edelson | |
| Rafey S. Balabanian | |
| J. Dominick Larry | |
| David I. Mindell | |

/s/ Timothy M. Lynch
Hozubin, Moberly, Lynch & Associates

Hozubin, Moberly, Lynch & Associates
An Association of Professional Corporations
711 M Street, Suite 2, Anchorage, Alaska 99501
P: 907.276.5297  F: 907.276.5291