Timothy M. Lynch
Katie S. Davies
HOZUBIN, MOBERLY, LYNCH & ASSOCIATES
711 M Street, Suite 2
Anchorage, AK 99501
(907) 276-5297 Telephone
(907) 278-5291 Facsimile
tlynch@northlaw.com
kdavies@northlaw.com

Attorneys for Gene by Gene, Ltd.

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MICHAEL COLE, individually and on behalf of all others similarly situated<br><br>  Plaintiff,<br>v.<br><br>GENE BY GENE, LTD., a Texas Limited Liability Company d/b/a FAMILY TREE DNA,<br><br>  Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. 1:14-cv-00004-SLG |

**NOTICE RE: SCHEDULING & PLANNING CONFERENCE**

  Defendant, Gene by Gene Ltd., a Texas Limited Liability Company d/b/a Family Tree DNA, by and through counsel of record, Hozubin, Moberly, Lynch & Associates, P.C., hereby gives notice to this Court that the parties participated in a Scheduling and Planning Conference today, September 12, 2014 and intended on filing the Scheduling and Planning Conference Report by end of day.

  However, given the complexity of the underlying subject matter at the heart of this litigation, the parties need additional time to draft their respective proposals regarding the disclosure or discovery of electronically stored information. Therefore, the

Notice re: Scheduling & Planning Conference    Page 1 of 2
*Cole v. Gene by Gene, Ltd.*    Case No. 1:14-cv-00004-SLG

Case 1:14-cv-00004-SLG Document 29 Filed 09/12/14 Page 1 of 2

parties will file their final Scheduling and Planning Conference Report by Tuesday, September 16, 2014.

RESPECTFULLY submitted this 12th day of September, 2014.

> HOZUBIN, MOBERLY,
> LYNCH & ASSOCIATES
> Attorneys for Defendant
>
> By: /s/ Timothy M. Lynch
> Timothy M. Lynch
> Katie S. Davies
> HOZUBIN, MOBERLY,
> LYNCH & ASSOCIATES
> 711 M Street, Suite 2
> Anchorage, AK 99501
> (907) 276-5297 Telephone
> (907) 278-5291 Facsimile
> tlynch@northlaw.com
> kdavies@northlaw.com
> Alaska Bar No. 7111030
> Alaska Bar No. 1106058

Certificate of Service

The undersigned herby certifies that on 12th day of September, 2014 a true and correct copy of the foregoing was served via the CM/ECF delivery system upon:

| | |
|---|---|
| Douglas K. Mertz<br>Benjamin H. Richman<br>Jay Edelson<br>Rafey S. Balabanian<br>J. Dominick Larry<br>David I. Mindell | *Attorneys for Plaintiff* |

/s/ Timothy M. Lynch
Hozubin, Moberly, Lynch & Associates

Hozubin, Moberly, Lynch & Associates
An Association of Professional Corporations
711 M Street, Suite 2, Anchorage, Alaska 99501
P: 907.276.5297  F: 907.276.5291