# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MICHAEL COLE, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br>v.<br><br>GENE BY GENE, LTD., a Texas Limited Liability Company d/b/a FAMILY TREE DNA,<br><br>    Defendant. | Case No. 1:14-cv-00004-SLG |

## ORDER SCHEDULING FRCP 16 CONFERENCE

Upon consideration of Defendant's Motion to Schedule FRCP 16 Conference (Docket 31), the Court hereby GRANTS the motion.

IT IS HEREBY ORDERED that a scheduling conference shall be held on **October 1, 2014 at 2:00 p.m.** before Judge Sharon L. Gleason in Anchorage Courtroom 3. Each party shall have at least one attorney appear at the conference with all of the authority necessary to make stipulations and admissions regarding the proposed bifurcation of discovery regarding class action issues from discovery on the merits of the litigation. The attorney(s) attending the FRCP 16 conference must also have the authority necessary to make stipulations and admissions regarding all other matters that can reasonably be anticipated for discussion at a pretrial conference.

DATED this 22nd day of September, 2014, at Anchorage, Alaska.

                                        */s/ Sharon L. Gleason*
                                       UNITED STATES DISTRICT JUDGE