# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MICHAEL COLE, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br>v.<br><br>GENE BY GENE, LTD., a Texas Limited Liability Company d/b/a FAMILY TREE DNA,<br><br>    Defendant. | Case No. 1:14-cv-00004-SLG |

## ORDER RE UNOPPOSED MOTION

Upon consideration of Plaintiff's Unopposed Motion to Appear Telephonically Pursuant to Civil L.R. 7.3 (Docket 34), the Court hereby GRANTS the motion. IT IS HEREBY ORDERED that Plaintiff may participate telephonically at the hearing scheduled for October 1, 2014 by calling (907) 677-6227 five minutes before the start of the hearing

DATED this 29th day of September, 2014, at Anchorage, Alaska.

*/s/ Sharon L. Gleason*
UNITED STATES DISTRICT JUDGE