```
                MINUTES OF THE UNITED STATES DISTRICT COURT
                          DISTRICT OF ALASKA

      MICHAEL COLE              vs.      GENE BY GENE, LTD.

BEFORE THE HONORABLE SHARON L. GLEASON  CASE NO. 1:14-cv-00004-SLG

DEPUTY CLERK:     SUZANNETTE DAVID-WATERS

OFFICIAL REPORTER:     NOT PRESENT

APPEARANCES:   PLAINTIFF: JAMES DOMINICK LARRY, TELEPHONIC

               DEFENDANT: REBECCA J. HOZUBIN, TIMOTHY M. LYNCH,
                          KATHERINE DAVIES
```

PROCEEDINGS: SCHEDULING CONFERENCE HELD OCTOBER 1, 2014:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

At 2:01 p.m. court convened.

Court and counsel heard re proposed deadlines.

Court and counsel heard re discovery, expert reports and preliminary witness list.

Court to issue scheduling order.

At 2:30 p.m. court adjourned.

DATE:   October 1, 2014    DEPUTY CLERK'S INITIALS:    SDW

Revised 5-29-14