IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

MICHAEL COLE, individually and on behalf of all others similarly situated,

                    Plaintiff,

    v.

GENE BY GENE, LTD., a Texas limited liability company d/b/a FAMILY TREE DNA,

                    Defendant.

Case No. 1:14-cv-00004-SLG

## SCHEDULING AND PLANNING ORDER

I.    Meeting of the Parties

Based upon information available to the Court through a status report completed by the parties pursuant to Rules 16 and 26(f), Federal Rules of Civil Procedure, and if one was held, the scheduling and planning conference, this order for the pretrial development of the case is entered pursuant to Rule 16(b), Federal Rules of Civil Procedure. **This order is intended to govern the pretrial development of this case only up until the determination of class certification.**

II.    Pre-Discovery Disclosures

    A. The information required by Rule 26(a)(1), Federal Rules of Civil Procedure:

        1.    ____ has been exchanged by the parties.

        2.     X  shall be exchanged by the parties on or before **October 16, 2014.**

    B. Preliminary witness lists:

        1.    ____ have been exchanged by the parties.

2. __X__ shall be exchanged by the parties on or before **December 1, 2014.**

Each party must contemporaneously prepare and maintain a written record of all disclosures and supplementation of disclosures or responses made to requests for discovery under Rule 26(a) and (e), Federal Rules of Civil Procedure. Unless required in support of a motion or by order of the Court, disclosures and supplemental disclosures are not to be filed with the Court.

III. Discovery Plan

Discovery shall be conducted in accordance with Rules 26 through 37 of the Federal Rules of Civil Procedure, any applicable Local Rules, and the discovery plan contained in the status report of the parties except as otherwise provided below.

    A. Preserving discovery information.

        1. __X__ There is no indication that this will be an issue.

        2. ____ *[Other]*

    B. Discovery or disclosure of electronically stored information shall be handled as follows:

        1. __X__ The parties may proceed as they have proposed.

        2. ____ *[Other]*

    C. Claims of privilege or protection of trial preparation materials shall be handled as follows:

        1. ____ There is no indication that this will be an issue.

        2. ____ The parties have entered into a confidentiality agreement.

3. __X__ The parties shall submit their proposed confidentiality agreement on or before **October 16, 2014**.

D. Expert witness disclosures in accordance with Rule 26(a)(2) shall be made:

1. __X__ by all parties on or before **30 days after the close of fact discovery.**

2. ____ by plaintiff(s) on or before _____ and

    by defendant(s) on or before _____.

3. __X__ Rebuttal reports shall be disclosed on or before **21 days following the disclosure of the expert reports.**

E. Disclosures and discovery responses shall be supplemented in accordance with Rule 26(e):

1. __X__ at intervals of **30** days; <u>and</u> final supplementations shall be served 60 days before the close of fact discovery.

2. ____ as new information is acquired, but not later than 60 days before the close of fact discovery.

F. A final discovery witness list, disclosing all lay and expert witnesses that a party may wish to call at trial either by live testimony or deposition, shall be served and filed not later than: **45 days prior to the close of fact discovery**. Unless otherwise ordered for good cause shown, only those witnesses disclosed in this final discovery witness list will be permitted to testify at trial.

G. Discovery shall be scheduled so as to be <u>completed</u> by:

1. __X__ As to all fact discovery, on or before **June 1, 2015**,

1:14-cv-00004- SLG, *Cole v. Gene by Gene*
Scheduling & Planning Order
Page 3 of 6

and as to all expert discovery, on or before **October 1, 2015**.

    2.    \_\_\_\_ As to all discovery, on or before _____.

H. The following limitations on discovery are imposed:

    1.    <u> X </u> The limitations set forth in Federal Rules of Civil Procedure 26(b), 30, and 33 apply, except as indicated below.

    2.    Depositions.

        (a)    \_\_\_\_ The maximum number of depositions by each party shall not exceed _____.

        (b)    \_\_\_\_ Depositions shall not exceed _____ hours as to any deponent.

        (c)    \_\_\_\_ Depositions shall not exceed \_\_\_\_ hours as to non-party deponents.

        (d)    \_\_\_\_ Depositions shall not exceed \_\_\_\_ hours as to party[2] deponents.

    3.    \_\_\_\_ The maximum number of interrogatories posed by each party shall not exceed _____.

    4.    \_\_\_\_ The maximum number of requests for admissions posed by each party shall not exceed _____.

    5.    \_\_\_\_ *[Other limitations:]*

---

[2] Unless otherwise specified, the Court will consider corporate officer, Rule 30(b)(6) witness, and expert witness depositions to be subject to the time limitation applicable to party depositions.

IV. Pretrial Motions

   A. Preliminary motions as to jurisdiction, venue, arbitration, and/or statutes of limitation shall be served and filed not later than:

   1. __X__ Not applicable.

   2. ____ *[Date:]*

   B. Motions to amend, motions under the discovery rules, motions in limine, and dispositive motions:

   1. __X__ shall be served and filed within the times specified by the applicable rules, except as indicated below.

   2. __X__ Motions to amend pleadings, including motions to add parties, shall be served and filed not later than **March 16, 2015**. Thereafter, a party must seek leave of the Court to modify this deadline. *See* Civil Rule 16(b)(3)(A) and (b)(4).

   3. __X__ Motions under the discovery rules shall be served and filed not later than **30 days after the close of discovery.**

   4. __X__ Class certification motions shall be served and filed not later than **60 days after the close of expert discovery.**

   5. __X__ Motions as to the qualifications of experts and Daubert motions shall be filed and served not later than **14 days after the close of expert discovery.**

V. Further Pretrial Proceedings

   A. __X__ The parties had requested a scheduling conference with the

Court, and the conference was held on October 1, 2014.

B. __X__  The parties have not consented to all further proceedings in this case being before a United States Magistrate Judge.

C. With reference to the disclosure requirements of Rule 7.1, Federal Rules of Civil Procedure:

    1. __X__ The parties are in compliance or the Rule is not applicable.

    2. ____ Compliance shall be accomplished on or before _____.

DATED this 15th day of October, 2014, at Anchorage, Alaska.

                                    */s/ Sharon L. Gleason*
                                    UNITED STATES DISTRICT JUDGE