Timothy M. Lynch
Katie S. Davies
Rebecca Hozubin
HOZUBIN, MOBERLY, LYNCH & ASSOCIATES
711 M Street, Suite 2
Anchorage, AK 99501
(907) 276-5297 Telephone
(907) 278-5291 Facsimile
tlynch@northlaw.com
kdavies@northlaw.com

Attorneys for Gene by Gene, Ltd.

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MICHAEL COLE, individually and on behalf of all others similarly situated<br><br>Plaintiff,<br>v.<br><br>GENE BY GENE, LTD., a Texas Limited Liability Company d/b/a FAMILY TREE DNA,<br><br>Defendant. | Case No. 1:14-cv-00004-SLG |

**STIPULATION TO EXTEND DEADLINE TO FILE
PROPOSED CONFIDENTIALITY AGREEMENT**

Plaintiff, Michael Cole, individually and on behalf of all others similarly situated, by and through counsel of record, Douglas K. Mertz of Mertz Law Offices and Benjamin H. Richman of Edelson, P.C., and Defendant, Gene by Gene Ltd., a Texas Limited Liability Company d/b/a Family Tree DNA, by and through counsel of record, Timothy M. Lynch of Hozubin, Moberly, Lynch & Associates, P.C., and hereby stipulate and agree to extend the October 16, 2014 deadline for the parties to file their proposed confidentiality agreement. The parties have not yet begun the discovery process and are currently in the process of exchanging a draft confidentiality

Stipulation to Extend Deadline to File Scheduling & Planning Conference Report      Page 1 of 3
*Cole v. Gene by Gene, Ltd.*                                                         Case No. 1:14-cv-00004-SLG

Case 1:14-cv-00004-SLG   Document 40   Filed 10/16/14   Page 1 of 3

Hozubin, Moberly, Lynch & Associates
An Association of Professional Corporations
711 M Street, Suite 2, Anchorage, Alaska 99501
P: 907.276.5297  F: 907.276.5291

agreement. Therefore, the parties respectfully request an extension until November 6, 2014 to file their proposed confidentiality agreement.

In light of the foregoing, the Parties believe that there is good cause to grant the relief requested herein.

RESPECTFULLY submitted this 16th day of October, 2014.

> MICHAEL COLE, individually and on behalf of all others similarly situated,
>
> By: /s/ Benjamin H. Richman
> Benjamin H. Richman (*Pro Hac Vice*)
> brichman@edelson.com
> EDELSON PC
> 350 North LaSalle Street, Suite 1300
> Chicago, Illinois 60654
> Tel: 312.589.6370
> Fax: 312.589.6378
>
> Douglas K. Mertz
> mertzlaw@gmail.com
> MERTZ LAW
> 319 Seward Street, Suite 5
> Juneau, AK 99801
> (907) 586-4004 Telephone
> (888) 293-2530 Facsimile

RESPECTFULLY submitted this 16th day of October, 2014.

> HOZUBIN, MOBERLY, LYNCH & ASSOCIATES
> Attorneys for Defendant
>
> By: /s/ Timothy M. Lynch
> Timothy M. Lynch
> Katie S. Davies
> Rebecca Hozubin
> HOZUBIN, MOBERLY, LYNCH & ASSOCIATES
> 711 M Street, Suite 2
> Anchorage, AK 99501
> (907) 276-5297 Telephone
> (907) 278-5291 Facsimile
> tlynch@northlaw.com
> kdavies@northlaw.com
> Alaska Bar No. 7111030
> Alaska Bar No. 1106058

Hozubin, Moberly, Lynch & Associates
An Association of Professional Corporations
711 M Street, Suite 2, Anchorage, Alaska 99501
P: 907.276.5297  F: 907.276.5291

Stipulation to Extend Deadline to File Scheduling & Planning Conference Report  Page 2 of 3
*Cole v. Gene by Gene, Ltd.*  Case No. 1:14-cv-00004-SLG

Case 1:14-cv-00004-SLG   Document 40   Filed 10/16/14   Page 2 of 3

Certificate of Service

The undersigned herby certifies that
On the 16th day of October, 2014 a true and
correct copy of the foregoing was served
via the CM/ECF delivery system upon:

Douglas K. Mertz  *Attorneys for Plaintiff*
Benjamin H. Richman
Jay Edelson
Rafey S. Balabanian
J. Dominick Larry
David I. Mindell


 /s/ Timothy M. Lynch
Hozubin, Moberly, Lynch & Associates

Hozubin, Moberly, Lynch & Associates
An Association of Professional Corporations
711 M Street, Suite 2, Anchorage, Alaska 99501
P: 907.276.5297  F: 907.276.5291

Stipulation to Extend Deadline to File Scheduling & Planning Conference Report  Page 3 of 3
*Cole v. Gene by Gene, Ltd.*  Case No. 1:14-cv-00004-SLG

Case 1:14-cv-00004-SLG   Document 40   Filed 10/16/14   Page 3 of 3