IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MICHAEL COLE, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>GENE BY GENE, LTD., a Texas limited liability company,<br><br>*Defendant*. | Case No. 1:14-cv-0004-SLG<br><br>**JOINT MOTION TO EXTEND DISCOVERY AND PRETRIAL DEADLINES** |

Pursuant to the Court's Scheduling Order dated October 16, 2014, the discovery closure date in the above-captioned matter is currently June 1, 2015. (Dkt. 39.) Plaintiff Michael Cole and Defendant Gene by Gene, Ltd. (collectively the "Parties") have jointly agreed, pursuant to Local Rules 16.1(c)(3) and 16.1(c)(9), to extend the close of discovery by 60 days, through and including July 31, 2015. Accordingly and in order to ensure that the Court's previously scheduled dates continue to coincide with the close of discovery, the Parties hereby respectfully request that the Court extend all other discovery and pre-trial deadlines by 60 days as well. In support of the instant request, the Parties state as follows:

1. On October 16, 2014, the Court entered a Scheduling Order, setting June 1, 2015 as the deadline for the close of fact discovery.

2. Since that date, the Parties have diligently engaged in the discovery process.

3. Notwithstanding, the Parties require additional time to complete all outstanding discovery. By way of example, certain discovery requests (and their responses) are currently

outstanding.[1] The responses to those requests will ultimately affect what (if any) additional discovery the Parties determine is necessary, which will be difficult to accomplish by the current May 1st deadline to serve additional discovery.

4. Thus, to give the Parties an adequate opportunity to review the upcoming written responses and document production, to schedule depositions related to that information, and to serve any necessary follow-up discovery, they have agreed, pursuant to Local Rules 16.1(c)(3) and 16.1(c)(9), to extend the current discovery cutoff by 60 days.

5. Further and in order to maintain the remaining time periods set by the Court's October 16, 2014 Scheduling Order for the orderly progression of this matter, the Parties also request an extension of 60 days for all remaining discovery and pretrial deadlines.

6. This request is not made to unnecessarily delay proceedings or for any other improper purpose. Rather, the requested extension will allow the Parties to more adequately address the ultimate class certification and merits issues in this case—through discovery—and otherwise proceed with the litigation in the orderly fashion outlined by the Court's Scheduling Order.

7. The Parties believe that the proposed extended deadlines noted below will be sufficient to allow them to complete discovery, and to complete post-discovery motion practice without requiring further extensions.

8. Accordingly, pursuant to Local Rule 7.4(c)(2), the Parties respectfully request an Order granting a 60-day extension of all currently scheduled dates in this case, such that the deadlines are as follows:

---

[1] For example, Defendant recently requested and Plaintiff agreed to a modest two-week extension of its deadline to respond to several of Plaintiff's outstanding written discovery requests.

a. **Close of fact discovery:** July 31, 2015;

b. **Rule 26(a)(2) expert witness disclosures:** August 31, 2015;

c. **Fact discovery motion deadline:** August 31, 2015;

d. **Rebuttal expert reports:** September 21, 2015;

e. **Final Rule 26(a)(1) supplementation:** September 30, 2015;

f. **Close of expert discovery:** December 2, 2015;

g. *Daubert* **motion deadline:** December 16, 2015;

h. **Expert discovery motion deadline:** January 1, 2016; and

i. **Class certification motion:** February 3, 2016.

**WHEREFORE**, Plaintiff Michael Cole and Defendant Gene by Gene, Ltd. jointly request that the Court enter an Order (i) extending all scheduled discovery and pretrial deadlines in this case by 60 days, and (ii) granting such other and further relief it deems necessary and just.

Respectfully Submitted,

**MICHAEL COLE**, individually and on behalf of all others similarly situated individuals,

Dated: April 29, 2015         By: s/ J. Dominick Larry
                                  One of Plaintiff's Attorneys

Douglas Mertz
mertzlaw@gmail.com
MERTZ LAW
319 Seward Street, Suite 5
Juneau, Alaska 99801
Tel: 907.586.4004
Fax: 888.586.4141

Jay Edelson (*pro hac vice*)
jedelson@edelson.com
Rafey S. Balabanian (*pro hac vice*)
rbalabanian@edelson.com
Benjamin H. Richman (*pro hac vice*)
brichman@edelson.com

J. Dominick Larry (*pro hac vice*)
nlarry@edelson.com
David I. Mindell (*pro hac vice*)
dmindell@edelson.com
EDELSON PC
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378


**GENE BY GENE, LTD.,**

Dated: April 29, 2015
By: <u>Rebecca J. Hozubin</u>
    One of Defendant's Attorneys

Timothy M. Lynch
tlynch@northlaw.com
Rebecca J. Hozubin
rebecca@akdefenselaw.com
HOZUBIN, MOBERLY, LYNCH & ASSOCIATES
711 M. Street, Suite 2
Anchorage, AK 99501
Tel: 907.276.5297
Fax: 907.276.5291

## SIGNATURE ATTESTATION

I hereby attest that the content of this document is acceptable to all persons whose signatures are indicated by a conformed signature (s/) within this e-filed document.

s/ J. Dominick Larry

## CERTIFICATE OF SERVICE

  I, J. Dominick Larry, an attorney, certify that on April 29, 2015, I served the above and foregoing ***Joint Motion to Extend Discovery and Pretrial Deadlines***, by causing true and accurate copies of such paper to be filed and transmitted to all counsel of record via the Court's CM/ECF electronic filing system.

s/ J. Dominick Larry