IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MICHAEL COLE, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>GENE BY GENE, LTD., a Texas limited liability company,<br><br>*Defendant*. | Case No. 1:14-cv-0004-SLG |

## ORDER GRANTING PARTIES' JOINT MOTION TO EXTEND DISCOVERY DEADLINES

Upon consideration of the Parties' Joint Motion to Extend Discovery and Pretrial Deadlines (Docket 48), the Court hereby GRANTS the motion. IT IS ORDERED that the discovery and pre-trial deadlines are extended **60 days** as follows:

1. Close of fact discovery: July 31, 2015;

2. Rule 26(a)(2) expert witness disclosures: August 31, 2015;

3. Fact discovery motion deadline: August 31, 2015;

4. Rebuttal expert reports: September 21, 2015;

5. Final Rule 26(a)(1) supplementation: September 30, 2015;

6. Close of expert discovery: December 2, 2015;

7. *Daubert* motion deadline: December 16, 2015;

8. Expert discovery motion deadline: January 1, 2016; and

**9.** Class certification motion: February 3, 2016.

Dated this 1st day of May, 2015 at Anchorage, Alaska.

*/s/ Sharon L. Gleason*
UNITED STATES DISTRICT JUDGE