Timothy M. Lynch, Esq.
tlynch@northlaw.com
Rebecca J. Hozubin, Esq.
rebecca@akdefenselaw.com
HOZUBIN, MOBERLY, LYNCH & ASSOCIATES
711 M Street, Suite 2
Anchorage, AK 99501
(907) 276-5297 Telephone
(907) 278-5291 Facsimile

*Attorneys for Gene by Gene, Ltd.*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MICHAEL COLE, individually and on behalf of all others similarly situated   )<br>)<br>       Plaintiff,   )<br>v.   )<br>)<br>GENE BY GENE, LTD., a Texas Limited Liability Company d/b/a FAMILY TREE DNA,   )<br>)<br>       Defendant.   ) | Case No. 1:14-cv-00004-SLG |

### STIPULATION FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL

Defendant, Gene by Gene, Ltd., by and through its counsel of record, Rebecca J. Hozubin and Timothy M. Lynch of Hozubin, Moberly, Lynch & Associates, and Timothy J. Petumenos of the Law Offices of Tim Petumenos hereby stipulate to Rebecca J. Hozubin's and Timothy M. Lynch's withdrawal as counsel of record for defendant and the substitution of Timothy J. Petumenos as counsel of record for defendant.

All future correspondence and/or documentation regarding the above-captioned matter should be served on the Law Offices of Tim Petumenos at 2550 Denali Street, Anchorage, Alaska, 99503, (907) 273-2670.

Hozubin, Moberly, Lynch & Associates
An Association of Professional Corporations
711 M Street, Suite 2, Anchorage, Alaska 99501
P: 907.276.5297  F: 907.276.5291

Stipulation for Withdrawal and Substitution of Counsel         Page 1 of 3
*Cole v. Gene by Gene, LLC*        Case No. 1:14-cv-00004-SLG

Case 1:14-cv-00004-SLG    Document 50    Filed 06/11/15    Page 1 of 3

RESPECTFULLY submitted this 11th day of June 2015.

HOZUBIN, MOBERLY, LYNCH &ASSOCIATES
Attorneys for Defendant

By:     s/Timothy M. Lynch
        Timothy M. Lynch
        tlynch@northlaw.com
        Alaska Bar No. 7111030
        HOZUBIN, MOBERLY, LYNCH &ASSOCIATES
        711 M Street, Suite 2
        Anchorage, AK 99501
        (907) 276-5297 Telephone
        (907) 278-5291 Facsimile

RESPECTFULLY submitted this 11th day of June 2015.

HOZUBIN, MOBERLY, LYNCH &ASSOCIATES
Attorneys for Defendant

By:     s/Rebecca J. Hozubin
        Rebecca J. Hozubin
        rebecca@akdefenselaw.com
        Alaska Bar No. 9806016
        HOZUBIN, MOBERLY, LYNCH &ASSOCIATES
        711 M Street, Suite 2
        Anchorage, AK 99501
        (907) 276-5297 Telephone
        (907) 278-5291 Facsimile

RESPECTFULLY submitted this 11th day of June 2015.

LAW OFFICES OF TIM PETUMENOS
Attorneys for Defendant

By:     s/Timothy J. Petumenos
        Timothy J. Petumenos
        timp@tpaklaw.com
        Alaska Bar No. 7611147
        LAW OFFICES OF TIM PETUMENOS
        2550 Denali Street
        Anchorage, AK 99503
        (907) 273-2670 Telephone

Stipulation for Withdrawal and Substitution of Counsel                    Page 2 of 3
Colwyn v. Gene by Gene et al.                                      Case No. 1:14-cv-00004-SLG
Case 1:14-cv-00004-SLG   Document 50   Filed 06/11/15   Page 2 of 3

Hozubin, Moberly, Lynch & Associates
An Association of Professional Corporations
711 M Street, Suite 2, Anchorage, Alaska 99501
P: 907.276.5297 F: 907.276.5291

Certificate of Service
The undersigned herby certifies that
on the 11th day of June, 2015, a true and
correct copy of the foregoing was served
via the CM/ECF delivery system upon:

Douglas K. Mertz                                        *Attorneys for Plaintiff*
Benjamin H. Richman
Jay Edelson
Rafey S. Balabanian
J. Dominick Larry
David I. Mindell


HOZUBIN, MOBERLY, LYNCH & ASSOCIATES


By: s/Rebecca J. Hozubin
9100/5247/pleadings/2015-06-09 Stip to Withdrawal sub of Counsel

Case 1:14-cv-00004-SLG   Document 50   Filed 06/11/15   Page 3 of 3