**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| MICHAEL COLE, individually and on behalf of all others similarly situated, ) ) ) Plaintiff, ) ) v. ) ) GENE BY GENE, LTD., a Texas Limited ) Liability Company d/b/a FAMILY TREE ) DNA, ) ) Defendant. ) ) | Case No. 1:14-cv-00004-SLG |

## ORDER RE STIPULATION

Upon consideration of the parties' Stipulation for Withdrawal and Substitution of Counsel (Docket 50), the Court hereby APPROVES the stipulation. IT IS HEREBY ORDERED that Timothy J. Petumenos of the Law Offices of Tim Petumenos is substituted as counsel of record for defendant in this matter.

All future correspondence and/or documentation regarding the above-captioned matter should be served on the Law Offices of Tim Petumenos at 2550 Denali Street, Anchorage, Alaska, 99503, (907) 273-2670.

DATED this 15th day of June, 2015 at Anchorage, Alaska.

*/s/ Sharon Gleason*
UNITED STATES DISTRICT JUDGE