Jahna M. Lindemuth, ABA #9711068
John A. Fonstad, ABA #1401005
DORSEY & WHITNEY LLP
1031 West Fourth Avenue
Suite 600
Anchorage, AK 99501-5907
(907) 276-4557
(907) 276-4152 facsimile
lindemuth.jahna@dorsey.com
fonstad.john@dorsey.com

Attorneys for Defendant
GENE BY GENE, LTD.

UNITED STATES DISTRICT COURT
FOR THE STATE OF ALASKA

| | |
|---|---|
| MICHAEL COLE, individually and on behalf of all others similarly situated<br><br>      Plaintiff,<br><br>vs.<br><br>GENE BY GENE, LTD., a Texas Limited Liability Company d/b/a FAMILY TREE DNA<br><br>      Defendant. | Case No. 1:14-CV-00004-SLG<br><br>**STIPULATION EXTENDING DEADLINES** |

The parties hereby stipulate and agree to extend the current deadlines to accommodate the Defendant's change of counsel:

| **Description** | **Revised Deadline** |
|---|---|
| Close of Fact Discovery | November 12, 2015 |
| Rule 26(a)(2) expert witness disclosures | December 21, 2015 |
| Fact discovery motion deadline | December 21, 2015 |
| Rebuttal expert reports | January 11, 2016 |

DORSEY & WHITNEY LLP
1031 West Fourth Avenue
Suite 600
Anchorage, AK 99501-5907
(907) 276-4557

Stipulation Extending Deadlines
Page 1 of 3

*Cole v. Gene by Gene, LTD. et al.*
Case No. 1:14-CV-00004-SLG

| | |
|---|---|
| Final Rule 26(a)(1) supplementation | January 19, 2016 |
| Close of expert discovery | March 15, 2016 |
| *Daubert* motion deadline | March 29, 2016 |
| Expert discovery motion deadline | April 14, 2016 |
| Class certification motion | May 17, 2016 |

The parties ask that the deadlines be reset accordingly. A proposed order is submitted herewith.

DATED this 18th day of June, 2015

        DORSEY & WHITNEY LLP
        Attorneys for Gene by Gene, LTD.

        By: /s/ Jahna M. Lindemuth
            Jahna M. Lindemuth, ABA #9711068
            lindemuth.jahna@dorsey.com
            John A. Fonstad, ABA #1401005
            fonstad.john@dorsey.com

DATED this 18th day of June, 2015

        LAW OFFICES OF TIM PETUMENOS
        Attorneys for Gene by Gene, LTD.

        By: /s/ Timothy J. Petumenos (with consent)
            Timothy J. Petumenos, ABA #7611147
            timp@tpaklaw.com

DATED this 18th day of June, 2015

        EDELSON PC
        Attorneys for Michael Cole

        By: /s/ Benjamin H. Richman (with consent)
            Benjamin H. Richman
            brichman@edelson.com

Certificate of Service

The undersigned hereby certifies that on the 18th day of June, 2015, a true and correct copy of the foregoing was serviced via the CM/ECF delivery system upon:

| | |
|---|---|
| Jay Edelson<br>Rafey S. Balbanian<br>Benjamin H. Richman<br>J. Domnick Larry<br>David I. Mindell<br>Edelson PC<br>350 North LaSalle Street, Suite 1300<br>Chicago, Illinois  60654<br>jedelson@edelson.com<br>rbalabanian@edelson.com<br>brichman@edelson.com<br>nlarry@edelson.com<br>dmindell@edelson.com | Douglas K. Mertz<br>319 Seward Street, Suite 5<br>Juneau, Alaska  99801<br>mertzlaw@gmail.com |

Timothy J. Petumenos
Law Offices of Tim Petumenos
2550 Denali Street, Suite 1502
Anchorage, Alaska  99503
timp@tpaklaw.com


/s/ Jahna M. Lindemuth

**DORSEY & WHITNEY LLP**
1031 West Fourth Avenue
Suite 600
Anchorage, AK 99501-5907
(907) 276-4557

Stipulation Extending Deadlines　　　　　　　　　　　　　　*Cole v. Gene by Gene, LTD. et al.*
Page 3 of 3　　　　　　　　　　　　　　　　　　　　　　　Case No. 1:14-CV-00004-SLG