# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MICHAEL COLE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>GENE BY GENE, LTD., a Texas Limited Liability Company d/b/a FAMILY TREE DNA,<br><br>Defendant. | Case No. 1:14-cv-00004-SLG |

## ORDER RE STIPULATION EXTENDING DEADLINES

Upon consideration of the parties' Stipulation Extending Deadlines (Docket 53), IT IS ORDERED that the discovery and pre-trial deadlines are extended as follows:

| | |
|---|---|
| Close of Fact Discovery | November 12, 2015 |
| Rule 26(a)(2) expert witness disclosures | December 21, 2015 |
| Fact discovery motion deadline | December 21, 2015 |
| Rebuttal expert reports | January 11, 2016 |
| Final Rule 26(a)(1) supplementation | January 19, 2016 |
| Close of expert discovery | March 15, 2016 |
| *Daubert* motion deadline | March 29, 2016 |
| Expert discovery motion deadline | April 14, 2016 |
| Class certification motion | May 17, 2016 |

DATED this 24th day of June, 2015 at Anchorage, Alaska.

*/s/ Sharon L. Gleason*
UNITED STATES DISTRICT JUDGE