# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MICHAEL COLE, individually and on behalf of all others similarly situated, | Case No. 1:14-cv-0004-SLG |
| *Plaintiff*, | Judge: Hon. Sharon L. Gleason |
| v. | |
| GENE BY GENE, LTD., a Texas limited liability company, | |
| *Defendant*. | |

## ORDER GRANTING STIPULATED REQUEST FOR AN ORDER GOVERNING DISCOVERY OF DOCUMENTS AND ELECTRONICALLY STORED INFORMATION

Upon consideration of the Stipulated Request for an Order Governing Discovery of Documents and Electronically Stored Information (Docket 55) filed by the parties, the Court hereby APPROVES the stipulation.

IT IS SO ORDERED: The Parties' Stipulated Request for an Order Governing Discovery of Documents and Electronically Stored Information is adopted as an order of the Court.

DATED this 6th day of August, 2015 at Anchorage, Alaska.

*/S/ SHARON L. GLEASON*
UNITED STATES DISTRICT JUDGE