IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MICHAEL COLE, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>GENE BY GENE, LTD., a Texas limited liability company,<br><br>*Defendant*. | Case No. 1:14-cv-0004-SLG<br><br>**JOINT MOTION TO EXTEND DISCOVERY AND PRETRIAL DEADLINES** |

Pursuant to the Court's Scheduling Order dated June 24, 2015, the discovery closure date in the above-captioned matter is currently November 12, 2015. (Dkt. 54.) Plaintiff Michael Cole and Defendant Gene by Gene, Ltd. (collectively the "Parties") have jointly agreed, pursuant to Local Rules 16.1(c)(3) and 16.1(c)(9), to extend the close of discovery by 120 days, through and including March 18, 2016. Accordingly and in order to ensure that the Court's previously scheduled dates continue to coincide with the close of discovery, the Parties hereby respectfully request that the Court extend all other discovery and pre-trial deadlines by 120 days as well. In support of the instant request, the Parties state as follows:

1. On October 16, 2014, the Court entered a Scheduling Order, setting June 1, 2015 as the deadline for the close of fact discovery. Since that date, the Parties have diligently engaged in the discovery process.

2. In June 2015, Defendant substituted its counsel and the Parties stipulated to a 60-day extension of the discovery and pretrial deadlines to allow Defendant's new counsel the opportunity to review the case file and the discovery performed to that date. (Dkt. 53.)

3. The Court granted the Parties' stipulation on June 24, 2015, and set the fact discovery deadline for November 12, 2015. (Dkt. 54.)

4. Since June, the Parties have diligently engaged in substantial discovery. This has included Defendant's rolling production—and Plaintiff's ongoing review—of over 500,000 pages of electronic documents, and Plaintiff's production of over 2,000 pages of electronic documents to Defendant.

5. Notwithstanding, the Parties require additional time to complete all outstanding discovery. This includes Plaintiff's review of Defendant's ongoing document production, service and response to any additional discovery requests, and scheduling of the Parties' depositions.

6. Thus, to give the Parties an adequate opportunity to adequately completely the remaining necessary discovery, they have agreed, pursuant to Local Rules 16.1(c)(3) and 16.1(c)(9), to extend the current discovery cutoff by 120 days.

7. Further and in order to maintain the remaining time periods set by the Court's June 24, 2015 Order for the orderly progression of this matter, the Parties also request an extension of 120 days for all remaining discovery and pretrial deadlines.

8. This request is not made to unnecessarily delay proceedings or for any other improper purpose. Rather, the requested extension will allow the Parties to more adequately address the ultimate class certification and merits issues in this case—through discovery—and otherwise proceed with the litigation in the orderly fashion outlined by the Court's Scheduling Order.

9. The Parties believe that the proposed extended deadlines noted below will be sufficient to allow them to complete discovery, and to complete post-discovery motion practice without requiring further extensions.

10. Accordingly, pursuant to Local Rule 7.4(c)(2), the Parties respectfully request an Order granting a 120-day extension of all currently scheduled dates in this case, such that the deadlines are as follows:

    a. **Close of fact discovery:** March 18, 2016;

    b. **Rule 26(a)(2) expert witness disclosures:** April 19, 2016;

    c. **Fact discovery motion deadline:** April 19, 2016;

    d. **Rebuttal expert reports:** May 10, 2016;

    e. **Final Rule 26(a)(1) supplementation:** May 18, 2016;

    f. **Close of expert discovery:** July 13, 2016;

    g. *Daubert* **motion deadline:** July 27, 2016;

    h. **Expert discovery motion deadline:** August 12, 2016; and

    i. **Class certification motion:** September 14, 2016.

**WHEREFORE**, Plaintiff Michael Cole and Defendant Gene by Gene, Ltd. jointly request that the Court enter an Order (i) extending all scheduled discovery and pretrial deadlines in this case by 120 days, and (ii) granting such other and further relief it deems necessary and just.

Respectfully Submitted,

**MICHAEL COLE**, individually and on behalf of all others similarly situated individuals,

Dated: November 3, 2015    By: s/ J. Dominick Larry
    One of Plaintiff's Attorneys

Douglas Mertz
mertzlaw@gmail.com
MERTZ LAW
319 Seward Street, Suite 5
Juneau, Alaska 99801
Tel: 907.586.4004

Fax: 888.586.4141

Jay Edelson (*pro hac vice*)
jedelson@edelson.com
Rafey S. Balabanian (*pro hac vice*)
rbalabanian@edelson.com
Benjamin H. Richman (*pro hac vice*)
brichman@edelson.com
J. Dominick Larry (*pro hac vice*)
nlarry@edelson.com
David I. Mindell (*pro hac vice*)
dmindell@edelson.com
EDELSON PC
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

**GENE BY GENE, LTD.,**

Dated: November 3, 2015       By: Timothy J. Petumenos
                                  One of Defendant's Attorneys

Jahna M. Lindemuth
lindemuth.jahna@dorsey.com
John A. Fonstad
fonstad.john@dorsey.com
DORSEY & WHITNEY, LLC
1031 W. 4th Ave., Suite 600
Anchorage, Alaska 99501
Tel: 907.276.4557
Fax: 907.276.4152

Timothy J. Petumenos
timp@tpaklaw.com
LAW OFFICE OF TIM PETUMENOS, LLC
1227 W. 9th Ave., Suite 200
Anchorage, Alaska 99501
Tel: 907.276.2676
Fax: 907.258.2401

## SIGNATURE ATTESTATION

I hereby attest that the content of this document is acceptable to all persons whose signatures are indicated by a conformed signature (s/) within this e-filed document.

s/ J. Dominick Larry

## CERTIFICATE OF SERVICE

     I, J. Dominick Larry, an attorney, certify that on November 3, 2015, I served the above and foregoing ***Joint Motion to Extend Discovery and Pretrial Deadlines***, by causing true and accurate copies of such paper to be filed and transmitted to all counsel of record via the Court's CM/ECF electronic filing system.

s/ J. Dominick Larry