IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MICHAEL COLE, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>GENE BY GENE, LTD., a Texas limited liability company,<br><br>*Defendant*. | Case No. 1:14-cv-0004-SLG |

### ORDER RE PARTIES' JOINT MOTION

Upon consideration of the parties' Joint Motion to Extend Discovery and Pretrial Deadlines (Docket 58), the Court hereby GRANTS the motion.

IT IS ORDERED that the discovery and pre-trial deadlines are extended **120 days** as follows:

1. Close of fact discovery: **March 18, 2016**;

2. Rule 26(a)(2) expert witness disclosures: **April 19, 2016**;

3. Fact discovery motion deadline: **April 19, 2016**;

4. Rebuttal expert reports: **May 10, 2016**;

5. Final Rule 26(a)(1) supplementation: **May 18, 2016**;

6. Close of expert discovery: **July 13, 2016**;

7. *Daubert* motion deadline: **July 27, 2016**;

8. Expert discovery motion deadline: **August 12, 2016**; and

9. **Class certification motion: September 14, 2016**.

**The parties are notified that this is the last extension of the pretrial deadlines that the Court will permit in the absence of exceptional good cause. Fact**

**discovery was originally scheduled to close on or before June 1, 2015. (*See*
Docket 39 at 3).**

Dated this 4th day of November, 2015 at Anchorage, Alaska.

                                                */s/ Sharon L. Gleason*
                                                UNITED STATES DISTRICT JUDGE