IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MICHAEL COLE, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>GENE BY GENE, LTD., a Texas limited liability company,<br><br>*Defendant*. | Case No. 1:14-cv-0004-SLG |

## ORDER RE UNOPPOSED MOTION

Upon consideration of Defendant's Unopposed Motion to Extend Pretrial Deadlines (Docket 62), the Court finds that Defendant has demonstrated exceptional good cause for an additional extension in light of the resolution of the insurance coverage dispute. Therefore, the Court hereby GRANTS the motion.

IT IS ORDERED that certain discovery and pre-trial deadlines are extended as follows:

1. Close of fact discovery:   **June 16, 2016**;

2. Rule 26(a)(2) expert witness disclosures:   **July 14, 2016;**

3. Fact discovery motion deadline:   **July 14, 2016;**

4. Rebuttal expert Reports:   **August 4, 2016;**

5. Final Rule 26(a)(1) supplementation:   **August 4, 2016;**

6. Close of expert discovery:   **September 26, 2016;**

7. *Daubert* motion deadline:   **October 10, 2016;**

8. Expert discovery motion deadline:   **October 21, 2016;** and

9. Class certification motion: **November 18, 2016.**

Dated this 10th day of February, 2016 at Anchorage, Alaska.

*/s/ Sharon L. Gleason*
UNITED STATES DISTRICT JUDGE