IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MICHAEL COLE, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>GENE BY GENE, LTD., a Texas limited liability company,<br><br>*Defendant*. | Case No. 1:14-cv-0004-SLG<br><br>**JOINT MOTION TO EXTEND DISCOVERY AND PRETRIAL DEADLINES** |

Pursuant to the Court's February 10, 2016 Order, the discovery closure date in the above-captioned matter is currently June 16, 2016. (Dkt. 63.) Plaintiff Michael Cole and Defendant Gene by Gene, Ltd. (collectively the "Parties") have jointly agreed, pursuant to Local Rules 16.1(c)(3) and 16.1(c)(9), to extend the close of fact discovery by two months, through and including August 16, 2016. Accordingly, and in order to ensure that the Court's previously scheduled dates continue to coincide with the close of discovery, the Parties hereby respectfully request that the Court extend all other discovery and pre-trial deadlines by two months as well. In support of the instant request, the Parties state as follows:

1. On February 10, 2016, the Court entered an Order setting June 16, 2016 as the deadline for the close of fact discovery. Since that date, the Parties have worked cooperatively and continually engaged in the discovery process.

2. The Parties are currently attempting to resolve a discovery dispute arising from Gene by Gene's May 12, 2016 demand for clawback of privileged documents. The Parties met and conferred for more than an hour on May 23, 2016 regarding Defendant's clawback request and Defendant's answers to Plaintiff's second set of discovery requests. Defendant has

subsequently identified 1,142 clawed back documents, produced redacted versions of 9,697 documents, and provided corresponding privilege logs for all deposition <u>custodians</u>. Defendant is reviewing the previously-produced <u>non-custodial</u> documents and expects to identify any clawbacks and redactions by June 17, 2016.

3. For his part, Plaintiff disputes the sufficiency of the privilege logs, and asserts several deficiencies in Defendant's clawback efforts, including errors in Defendant's application of redactions to its production. Accordingly, the Parties have agreed to meet and confer regarding those issues and others on June 17, 2016.

4. Plaintiff contends that Gene by Gene's request for clawback will, at a minimum, require additional review of the redacted versions of previously produced documents.

5. Additionally, on June 14, 2016, Defendant provided supplemental responses to Plaintiff's Second Set of Interrogatories and Requests for the Production of Documents, which were originally served on April 15, 2016. Plaintiff asserts that Defendant's supplemental responses are still deficient, and the Parties will meet and confer regarding that dispute on June 17, 2016 as well.

6. As a result of these outstanding discovery disputes, the Parties agreed, at Plaintiff's request, to postpone depositions scheduled for June 2 through June 17.[1] Plaintiff contends that these discovery disputes, which began in mid-May, have hampered his ability to adequately prepare for and take the depositions as scheduled.

7. For these reasons, the Parties require additional time to complete outstanding discovery, including rescheduling of depositions. In order to give the Parties an adequate

---

[1] Plaintiff had originally requested the deponents' availability for deposition on January 6, 2016, and agreed to take the depositions in mid-May. However, after Defendant substituted its attorneys in February, the depositions were postponed to the first two weeks of June.

opportunity to complete the remaining discovery, they have agreed, pursuant to Local Rules 16.1(c)(3) and 16.1(c)(9), to extend the current discovery cutoff by two months.

8. Further, and in order to maintain the orderly progression of this matter, the Parties request an extension of two months for all remaining discovery and pretrial deadlines.

9. This request is not made to unnecessarily delay proceedings or for any other improper purpose. Rather, the requested extension will allow the Parties to more adequately address the ultimate class certification and merits issues in this case—through discovery—and otherwise proceed with the litigation in the orderly fashion outlined by the Court's Scheduling Order.

10. The Parties believe that the proposed extended deadlines noted below will be sufficient to allow them to complete discovery, and to complete post-discovery motion practice without requiring further extensions.

11. Accordingly, pursuant to Local Rule 7.4(c)(2), the Parties respectfully request an Order granting a two month extension of all currently scheduled dates in this case, such that the deadlines are as follows:

    a. **Close of fact discovery:** August 16, 2016;

    b. **Rule 26(a)(2) expert witness disclosures:** September 14, 2016;

    c. **Fact discovery motion deadline:** September 14, 2016;

    d. **Rebuttal expert reports:** October 4, 2016;

    e. **Final Rule 26(a)(1) supplementation:** October 4, 2016;

    f. **Close of expert discovery:** November 28, 2016;

    g. *Daubert* **motion deadline:** December 10, 2016;

    h. **Expert discovery motion deadline:** December 21, 2016; and

      i.      **Class certification motion:** January 18, 2017.

**WHEREFORE**, Plaintiff Michael Cole and Defendant Gene by Gene, Ltd. jointly request that the Court enter an Order (i) extending all scheduled discovery and pretrial deadlines in this case by two months, and (ii) granting such other and further relief it deems necessary and just.

Respectfully Submitted,

**MICHAEL COLE**, individually and on behalf of all others similarly situated individuals,

Dated: June 15, 2016      By: s/ J. Dominick Larry
      One of Plaintiff's Attorneys

Jay Edelson (*pro hac vice*)
jedelson@edelson.com
Benjamin H. Richman (*pro hac vice*)
brichman@edelson.com
J. Dominick Larry (*pro hac vice*)
nlarry@edelson.com
David I. Mindell (*pro hac vice*)
dmindell@edelson.com
EDELSON PC
350 North LaSalle Street, 13th Floor
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

Rafey S. Balabanian
rbalabanian@edelson.com
EDELSON PC
329 Bryant Street
San Francisco, California 94107
Tel: 415.212.9300
Fax: 415.373.9435

Douglas Mertz
mertzlaw@gmail.com
MERTZ LAW
319 Seward Street, Suite 5
Juneau, Alaska 99801
Tel: 907.586.4004
Fax: 888.586.4141

**GENE BY GENE, LTD.,**

Dated: June 15, 2016

By: s/ Matthew R. Wojcik (*with consent*)
  One of Defendant's Attorneys

Matthew R. Wojcik ABA #07100710
matt.wojcik@bullivant.com
Bullivant Houser Bailey PC
1700 Seventh Ave., Suite 1810
Seattle, WA 98101
Tel: 206.521.6485
Fax: 206.386.513

Timothy J. Petumenos
timp@tpaklaw.com
LAW OFFICE OF TIM PETUMENOS, LLC
1227 W. 9th Ave., Suite 200
Anchorage, Alaska 99501
Tel: 907.276.2676
Fax: 907.258.2401

## SIGNATURE ATTESTATION

I hereby attest that the content of this document is acceptable to all persons whose signatures are indicated by a conformed signature (s/) within this e-filed document.

s/ J. Dominick Larry

## CERTIFICATE OF SERVICE

I hereby certify that on June 15, 2016, I served the above and foregoing *Joint Motion to Extend Discovery and Pretrial Deadlines*, by causing true and accurate copies of such paper to be filed and transmitted to all counsel of record via the Court's CM/ECF electronic filing system.

s/ J. Dominick Larry