# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MICHAEL COLE, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>GENE BY GENE, LTD., a Texas limited liability company,<br><br>*Defendant*. | Case No. 1:14-cv-0004-SLG |

## ORDER RE JOINT MOTION

At Docket 72, the parties have filed their **fifth** motion to extend the discovery and pretrial deadlines in this matter.[1]

This case was filed in May 2014. Discovery was originally scheduled to close on October 1, 2015 (Docket 39). By prior stipulated joint motions, the deadline for the close of discovery has been repeatedly extended. Now the parties seek to extend the close of discovery yet again to November 28, 2016. While the Court will grant this extension, the parties are advised that *no additional extensions of the discovery deadlines will be granted absent a showing of exceptional good cause*.

Accordingly, IT IS ORDERED that the discovery and pre-trial deadlines are extended as follows:

1. **Close of fact discovery:** August 16, 2016;

2. **Rule 26(a)(2) expert witness disclosures:** September 14, 2016;

3. **Fact discovery motion deadline:** September 14, 2016;

4. **Rebuttal expert reports:** October 4, 2016;

---

[1] *See* Dockets 39, 49, 54, 59 and 63.

5. **Final Rule 26(a)(1) supplementation:** October 4, 2016;

6. **Close of expert discovery:** November 28, 2016;

7. *Daubert* **motion deadline:** December 10, 2016;

8. **Expert discovery motion deadline:** December 21, 2016; and

9. **Class certification motion:** January 18, 2017.

DATED this 16th day of June, 2016.

*/s/ Sharon L. Gleason*
UNITED STATES DISTRICT JUDGE

1:14-cv-00004-SLG, *Cole v. Gene by Gene*
Order
Page 2 of 2