Matthew R. Wojcik, ABA 0710071
E-mail: matt.wojcik@bullivant.com
E. Pennock Gheen, *Pro Hac Vice*
E-mail: penn.gheen@bullivant.com
Holly D. Brauchli, *Pro Hac Vice*
E-mail: holly.brauchli@bullivant.com
Bullivant Houser Bailey PC
1700 Seventh Avenue, Suite 1810
Seattle, Washington 98101-1397
Telephone: 206.292.8930
Facsimile: 206.386.5130
Attorneys for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| MICHAEL COLE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GENE BY GENE, LTD., a Texas Limited Liability Company d/b/a FAMILY TREE DNA,<br><br>Defendant. | Civil No.: 1:14-cv-00004-SLG<br><br>PRAECIPE |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

You will please replace Dkt. 77-11 with the attached document, which is amended per agreement of the parties. This amended document is identical to the original document but for a single redaction made to protect information which is potentially PII.

PRAECIPE
Page 1 of 3

Bullivant|Houser|Bailey PC
1700 Seventh Avenue, Suite 1810
Seattle, Washington 98101-1397
Telephone: 206.292.8930

Case 1:14-cv-00004-SLG   Document 83   Filed 07/26/16   Page 1 of 3

DATED: July 26, 2016

        BULLIVANT HOUSER BAILEY PC

By  /s/ Holly D. Brauchli
     Matthew R. Wojcik, ABA 0710071
     E. Pennock Gheen, *Pro Hac Vice*
     Holly D. Brauchli, *Pro Hac Vice*
     Telephone: 206.292.8930
     Attorneys for Defendant

PRAECIPE
Page 2 of 3

Bullivant|Houser|Bailey PC
1700 Seventh Avenue, Suite 1810
Seattle, Washington 98101-1397
Telephone: 206.292.8930

Case 1:14-cv-00004-SLG   Document 83   Filed 07/26/16   Page 2 of 3

## CERTIFICATE OF SERVICE

I hereby certify that on July 26, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the persons listed below:

Jay Edelson
Rafey S. Balabanian
Benjamin H. Richman
J. Dominick Larry
David I. Mindell
Edelson PC
350 North LaSalle Street, Suite 1300
Chicago, IL 60654
jedelson@edelson.com
rbalabanian@edelson.com
brichman@edelson.com
nlarry@edelson.com
dmindell@edelson.com
Attorneys for Plaintiff

Timothy J. Petumenos
Law Offices of Tim Petumenos
2550 Denali Street, Suite 1502
Anchorage, Alaska 99503
timp@tpaklaw.com
Attorneys for Defendant

Douglas K. Mertz
319 Seward Street, Suite 5
Juneau, Alaska 99801
dkmertz@ak.net
Attorneys for Plaintiff

/s/ Holly D. Brauchli
Holly D. Brauchli

4849-6244-0757.1

PRAECIPE
Page 3 of 3

Bullivant|Houser|Bailey PC
1700 Seventh Avenue, Suite 1810
Seattle, Washington 98101-1397
Telephone: 206.292.8930

Case 1:14-cv-00004-SLG   Document 83   Filed 07/26/16   Page 3 of 3