# UNITED STATES DISTRICT COURT

# DISTRICT OF ALASKA

MICHAEL COLE, individually and on behalf of all others similarly situated,

        Plaintiff,

  v.

GENE BY GENE, LTD., a Texas Limited Liability Company d/b/a FAMILY TREE DNA,

        Defendant.

Civil No.: 1:14-cv-00004-SLG

## ORDER RE DEFENDANT'S MOTION FOR PROTECTIVE ORDER

Defendant's Motion for a Protective Order (Docket 74) came before the Court for oral argument on August 8, 2016. As stated on the record at that time, the Court GRANTS in part and DENIES in part the motion, all as set forth at the hearing on the motion.

Dated this 8th day of August, 2016 at Anchorage, Alaska.

                        */s/ Sharon L. Gleason*
                        UNITED STATES DISTRICT JUDGE