| USDCA 435 (Rev. 07/14) | Administrative Office of the United States Courts<br>**TRANSCRIPT ORDER** | | **FOR COURT USE ONLY**<br>**DUE DATE:** | |
|---|---|---|---|---|
| *Read Instructions Page* | | | | |
| 1. NAME:<br>J. Dominick Larry | 2. PHONE NUMBER:<br>312-572-7212 | | 3. DATE:<br>08/08/2016 | |
| 4. MAILING ADDRESS:<br>350 North LaSalle Street, 13th Floor | 5. CITY:<br>Chicago | | 6. STATE:<br>IL | 7. ZIP CODE:<br>60654 |
| 8. CASE NUMBER:<br>1:14-cv-00004-SLG | 9. JUDICIAL OFFICIAL:<br>Judge Gleason | | DATES OF PROCEEDINGS | |
| | | | 10. FROM 08/08/2016 | 11. TO 08/08/2016 |
| 12. CASE NAME:<br>Michael Cole v. Gene by Gene, Ltd. | | | LOCATION OF PROCEEDINGS | |
| | | | 13. CITY Anchorage | 14. STATE AK |

15. ORDER FOR
- ☐ APPEAL
- ☐ NON-APPEAL
- ☐ CRIMINAL
- ☒ CIVIL
- ☐ CRIMINAL JUSTICE ACT
- ☐ IN FORMA PAUPERIS
- ☐ BANKRUPTCY
- ☐ OTHER *(Specify)*

16. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| ☐ VOIR DIRE | | ☐ TESTIMONY (Specify Witness) | |
| ☐ OPENING STATEMENT (Plaintiff) | | | |
| ☐ OPENING STATEMENT (Defendant) | | | |
| ☐ CLOSING ARGUMENT (Plaintiff) | | ☒ PRE-TRIAL PROCEEDING (Specify) | |
| ☐ CLOSING ARGUMENT (Defendant) | | Full Tr. of Hrg. on Mtn. for Protective Order | 08/08/2016 |
| ☐ OPINION OF COURT | | | |
| ☐ JURY INSTRUCTIONS | | ☐ OTHER (Specify) | |
| ☐ SENTENCING | | | |
| ☐ BAIL HEARING | | | |

17. ORDER

| CATEGORY | ORIGINAL (Includes Free Copy for the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | $3.65 per page ☐ | ☐ | NO. OF COPIES | | |
| EXPEDITED | $4.85 per page ☒ | ☒ | NO. OF COPIES 0 | | |
| 14 DAY | $4.25 per page ☐ | ☐ | NO. OF COPIES | | |
| DAILY | $6.05 per page ☐ | ☐ | NO. OF COPIES | | |
| | CERTIFICATION (18. & 19.)<br>By signing below, I certify that I will pay all charges<br>(deposit plus additional). | | | ESTIMATE TOTAL | |
| 18. SIGNATURE s/ J. Dominick Larry | | | | PROCESSED BY | |
| 19. DATE 08/08/2016 | | | | PHONE NUMBER | |
| TRANSCRIPT TO BE PREPARED BY | | | | COURT ADDRESS | |
| | | DATE | BY | | |
| ORDER RECEIVED | | | | | |
| DEPOSIT PAID | | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | | TOTAL CHARGES | |
| TRANSCRIPT RECEIVED | | | | LESS DEPOSIT | |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | | TOTAL DUE | |

(Previous editions of this form may still be used)

**DISTRIBUTION:** COURT COPY   TRANSCRIPTION COPY   ORDER RECEIPT   ORDER COPY