**Edelson PC**

350 North LaSalle Street, 13th Floor, Chicago, Illinois 60654
t 312.589.6370 | f 312.589.6378 | www.edelson.com

August 24, 2016

<u>**Via Electronic Mail and ECF Filing**</u>

The Honorable Sharon L. Gleason
United States District Court
for the District of Alaska
222 W. 7th Ave., #4
Anchorage, AK 99513

Re: <u>*Cole v. Gene by Gene, Ltd.*, No. 1:14-cv-00004-SLG (D. Alaska)</u>

To the Honorable Judge Gleason:

  In accordance with the Court's instructions during the August 8, 2016 hearing on Defendant's Motion for a Protective Order, the Parties write to inform the Court regarding the status of discovery. Since that hearing, the Parties have completed the remaining scheduled depositions, and have conferred regarding Defendant's production of additional documents as ordered at the August 8th hearing. The Parties have also arranged for a further meet-and-confer regarding production of documents referenced during the August 2016 depositions.

  Pursuant to the Court's instruction, the Parties have also conferred regarding Plaintiff's Requests for Production 89 and 95, and the need for further document production in the wake of the depositions of Defendant's technical specialists. The Parties are pleased to report that they have reached a tentative agreement regarding additional production that should avoid the need for further judicial intervention regarding those requests. Specifically, with the assistance of deposition testimony, Plaintiff has clarified that he seeks production of certain documentation—in the form of developer notes and/or bug tracking tickets—that will allow him to evaluate changes made to a specific section of Defendant's website and to the API used to transmit information to WorldFamilies.net during a limited time period.[1] Defendant has agreed to produce such documents that it can obtain, and Plaintiff is optimistic that such a production would satisfy Requests 89 and 95. In the event no such responsive documents exist, the Parties will confer further regarding acceptable alternatives, including whether production of source code itself is necessary and appropriate.

  The Parties appreciate the Court's assistance in this matter, and look forward to providing a further update regarding their ongoing discovery efforts.

---

[1] Plaintiff has limited the time period of this request to only seek documents created since Defendant began using the GitHub code tracking system, as Plaintiff understands that coding changes stored in previous systems are no longer available.

Respectfully,

EDELSON PC

Benjamin H. Richman
*Counsel for Plaintiff Michael Cole*

Sincerely,

BULLIVANT HOUSER BAILEY PLLC

Matthew R. Wojcik
*Counsel for Defendant Gene by Gene Ltd.*

## CERTIFICATE OF SERVICE

  I, J. Dominick Larry, an attorney, certify that on August 24, 2016, I served the above and foregoing by causing true and accurate copies of such paper to be filed and transmitted to all counsel of record via the Court's CM/ECF electronic filing system.

                   s/ J. Dominick Larry