Matthew R. Wojcik, ABA 0710071
E-mail: matt.wojcik@bullivant.com
E. Pennock Gheen, *Pro Hac Vice*
E-mail: penn.gheen@bullivant.com
Holly D. Brauchli, *Pro Hac Vice*
E-mail: holly.brauchli@bullivant.com
Bullivant Houser Bailey PC
1700 Seventh Avenue, Suite 1810
Seattle, Washington 98101-1397
Telephone: 206.292.8930
Facsimile: 206.386.5130
Attorneys for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| MICHAEL COLE, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>GENE BY GENE, LTD., a Texas Limited Liability Company d/b/a FAMILY TREE DNA,<br><br>    Defendant. | Civil No.: 1:14-cv-00004-SLG<br><br>MOTION TO PLACE EXHIBIT 2 TO DECLARATION BY MATTHEW R. WOJCIK IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS UNDER SEAL |

Defendant respectfully moves the Court to place Exhibit 2 to the Declaration of Matthew R. Wojcik in Support of Defendant's Motion to Dismiss under seal. Rule 5.2(d) provides that a party may ask the court to order that a filing be placed "under seal without redaction." Exhibit 2 is a deposition excerpt and deposition exhibit which has been marked "confidential" pursuant to stipulation and pursuant to the Parties' Stipulated Protective Order

MOTION TO PLACE EXHIBIT 2 TO DECLARATION BY MATTHEW R. WOJCIK IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS UNDER SEAL

Bullivant|Houser|Bailey PC
1700 Seventh Avenue, Suite 1810
Seattle, Washington 98101-1397
Telephone: 206.292.8930

(Dkt. 52). Pursuant to Section VII(e) of the same Order, documents marked "confidential" shall be submitted to the Court under seal.

Defendant therefore requests for leave to submit Exhibit 2 to Matthew R. Wojcik's Declaration under seal.

DATED: September 16, 2016

>BULLIVANT HOUSER BAILEY PC
>
>By _____
>Matthew R. Wojcik, ABA 0710071
>E. Pennock Gheen, *Pro Hac Vice*
>Holly D. Brauchli, *Pro Hac Vice*
>Telephone: 206.292.8930
>Attorneys for Defendant

4826-5553-2344.1

MOTION TO PLACE EXHIBIT 2 TO DECLARATION BY MATTHEW R. WOJCIK IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS UNDER SEAL
Page 2 of 3

Bullivant|Houser|Bailey PC
1700 Seventh Avenue, Suite 1810
Seattle, Washington 98101-1397
Telephone: 206.292.8930

Case 1:14-cv-00004-SLG   Document 97   Filed 09/16/16   Page 2 of 3

# CERTIFICATE OF SERVICE

I hereby certify that on September 16, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the persons listed below:

| | |
|---|---|
| Jay Edelson<br>Rafey S. Balabanian<br>Benjamin H. Richman<br>J. Dominick Larry<br>David I. Mindell<br>Courtney C. Booth<br>Edelson PC<br>350 North LaSalle Street, Suite 1300<br>Chicago, IL  60654<br>jedelson@edelson.com<br>rbalabanian@edelson.com<br>brichman@edelson.com<br>nlarry@edelson.com<br>dmindell@edelson.com<br>cbooth@edelson.com<br>Attorneys for Plaintiff<br><br>Timothy J. Petumenos<br>Law Offices of Tim Petumenos<br>2550 Denali Street, Suite 1502<br>Anchorage, Alaska  99503<br>timp@tpaklaw.com<br>Attorneys for Defendant | Douglas K. Mertz<br>319 Seward Street, Suite 5<br>Juneau, Alaska 99801<br>dkmertz@ak.net<br>Attorneys for Plaintiff |

/s/ Matthew Wojcik
Matthew Wojcik

MOTION TO PLACE EXHIBIT 2 TO DECLARATION BY MATTHEW R. WOJCIK IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS UNDER SEAL
**Page 3 of 3**

Bullivant|Houser|Bailey PC
1700 Seventh Avenue, Suite 1810
Seattle, Washington 98101-1397
Telephone: 206.292.8930

Case 1:14-cv-00004-SLG   Document 97   Filed 09/16/16   Page 3 of 3