Matthew R. Wojcik, ABA 0710071
E-mail: matt.wojcik@bullivant.com
E. Pennock Gheen, *Pro Hac Vice*
E-mail: penn.gheen@bullivant.com
Holly D. Brauchli, *Pro Hac Vice*
E-mail: holly.brauchli@bullivant.com
Bullivant Houser Bailey PC
1700 Seventh Avenue, Suite 1810
Seattle, Washington 98101-1397
Telephone: 206.292.8930
Facsimile: 206.386.5130
Attorneys for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| MICHAEL COLE, individually and on behalf of all others similarly situated,<br><br>      Plaintiff,<br><br>  v.<br><br>GENE BY GENE, LTD., a Texas Limited Liability Company d/b/a FAMILY TREE DNA,<br><br>      Defendant. | Civil No.: 1:14-cv-00004-SLG<br><br>[PROPOSED] ORDER GRANTING MOTION TO PLACE EXHIBIT 2 TO DECLARATION BY MATTHEW R. WOJCIK IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS UNDER SEAL |

It is hereby ORDERED that Exhibit 2 to the Declaration of Matthew R. Wojcik in Support of Defendant's Motion to Dismiss is placed under seal without redaction.

ORDER GRANTING MOTION TO PLACE EXHIBIT 2 TO DECLARATION BY MATTHEW R. WOJCIK IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS UNDER SEAL
Page 1 of 3

Bullivant|Houser|Bailey PC
1700 Seventh Avenue, Suite 1810
Seattle, Washington 98101-1397
Telephone: 206.292.8930

Case 1:14-cv-00004-SLG   Document 97-1   Filed 09/16/16   Page 1 of 3

The Clerk shall note the docket accordingly.

Dated this \_\_\_\_ day of _____, 2016.

_____
The Honorable Sharon L. Gleason
United States District Judge

4848-8716-5496.1

ORDER GRANTING MOTION TO PLACE EXHIBIT 2 TO
DECLARATION BY MATTHEW R. WOJCIK IN SUPPORT OF
DEFENDANT'S MOTION TO DISMISS UNDER SEAL
**Page 2 of 3**

**Bullivant|Houser|Bailey PC**

1700 Seventh Avenue, Suite 1810
Seattle, Washington 98101-1397
Telephone: 206.292.8930

# CERTIFICATE OF SERVICE

I hereby certify that on September 16, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the persons listed below:

Jay Edelson
Rafey S. Balabanian
Benjamin H. Richman
J. Dominick Larry
David I. Mindell
Courtney C. Booth
Edelson PC
350 North LaSalle Street, Suite 1300
Chicago, IL  60654
jedelson@edelson.com
rbalabanian@edelson.com
brichman@edelson.com
nlarry@edelson.com
dmindell@edelson.com
cbooth@edelson.com
Attorneys for Plaintiff

Timothy J. Petumenos
Law Offices of Tim Petumenos
2550 Denali Street, Suite 1502
Anchorage, Alaska  99503
timp@tpaklaw.com
Attorneys for Defendant

Douglas K. Mertz
319 Seward Street, Suite 5
Juneau, Alaska 99801
dkmertz@ak.net
Attorneys for Plaintiff

/s/ Matthew Wojcik
Matthew Wojcik

ORDER GRANTING MOTION TO PLACE EXHIBIT 2 TO DECLARATION BY MATTHEW R. WOJCIK IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS UNDER SEAL
**Page 3 of 3**

Bullivant|Houser|Bailey PC
1700 Seventh Avenue, Suite 1810
Seattle, Washington 98101-1397
Telephone: 206.292.8930