Matthew R. Wojcik, ABA 0710071
E-mail: matt.wojcik@bullivant.com
E. Pennock Gheen, *Pro Hac Vice*
E-mail: penn.gheen@bullivant.com
Holly D. Brauchli, *Pro Hac Vice*
E-mail: holly.brauchli@bullivant.com
Bullivant Houser Bailey PC
1700 Seventh Avenue, Suite 1810
Seattle, Washington 98101-1397
Telephone: 206.292.8930
Facsimile: 206.386.5130

Timothy Petumenos, ABA 7611147
E-mail: timp@tpaklaw.com
Law Office of Tim Petumenos, LLC
1227 W. 9th Ave., Suite 301
Anchorage, Alaska 99501
Telephone: 907-276-2676
Facsimile: 907-277-8235

Attorneys for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| MICHAEL COLE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GENE BY GENE, LTD., a Texas Limited Liability Company d/b/a FAMILY TREE DNA,<br><br>Defendant. | Civil No.: 1:14-cv-00004-SLG<br><br>JOINT MOTION TO WITHDRAW MOTION TO COMPEL AND REQUEST FOR *IN CAMERA* PRIVILEGE REVIEW |

JOINT MOTION TO WITHDRAW MOTION TO COMPEL AND
REQUEST FOR *IN CAMERA* PRIVILEGE REVIEW
Page 1 of 5

**Bullivant|Houser|Bailey PC**
1700 Seventh Avenue, Suite 1810
Seattle, Washington 98101-1397
Telephone: 206.292.8930

## RELIEF REQUESTED

Pursuant to Local Rule 5.4, the Parties jointly move this Court to withdraw Plaintiff's pending motion to compel and to request an *in camera* review of 60 documents for which Plaintiff disputes Defendant's claim of privilege.

## FACTUAL SUMMARY

The Parties by and through their undersigned counsel stipulate to the following:

On May 12, 2016, Defendant first notified Plaintiff of the possibility of an inadvertent release of privileged documents. From that point until the present, the Parties have worked together with varying degrees of success to isolate issues relating to these claw backs. While the parties do not agree on all facts regarding the procedural posture of these discussions, they set aside the disagreements for the purpose of seeking the Court's assistance in performing an in camera review to determine whether privilege applies to 60 documents, totaling 138 pages.[1]

Plaintiff moved to compel the re-production of these documents on September 14, 2016. On September 15, Defendant offered to stipulate to a joint motion for an *in camera* review of the subject documents if Plaintiff would strike the motion to compel. On September 19, 2016, Plaintiff agreed.

Defendant contends (but Plaintiff for lack of knowledge cannot agree) that the documents submitted to this Court are subject to attorney-client communications and/or work product protections because they relate to confidential communications with or work

---

[1] Should the Court desire a need for evidentiary support for cause for an in camera review, the Parties respectfully refer the Court to the recent briefing relating to Defendant's Motion for a Protective Order, found at Dkt. 76-83. While Plaintiff has submitted additional documentation regarding this dispute in his motion to compel, Defendant has not had an opportunity to respond to it fully in light of this stipulated joint motion.

JOINT MOTION TO WITHDRAW MOTION TO COMPEL AND
REQUEST FOR *IN CAMERA* PRIVILEGE REVIEW
Page 2 of 5

Bullivant|Houser|Bailey PC
1700 Seventh Avenue, Suite 1810
Seattle, Washington 98101-1397
Telephone: 206.292.8930

performed at the direction of counsel for this suit or others.  The privilege is asserted over relevant documents for obvious reasons.  The privilege is asserted over irrelevant documents to limit the scope of their inadvertent disclosure should unrelated conflicts arise.

## AUTHORITY AND ARGUMENT

Requests for an in camera review are permitted by motion pursuant to Local Rule 5.4. *In camera* reviews are one of the "number of options" available to establish privilege.  Dole v. Milonas, 889 F.2d 885, 890 (9th Cir. 1989).

Confidential communications between attorneys and their client for the purposes of seeking legal advice are privileged, as are communications between corporation employees for the purpose of gathering information at an attorney's direction or for the purpose of seeking confidential legal counsel.  Upjohn Co. v. United States, 449 U.S. 383, 394, 101 S. Ct. 677, 685, 66 L. Ed. 2d 584 (1981).  Communications between a client, his attorney, or his representative (including his insurer) in anticipation of litigation is protected work product.  In re Grand Jury Subpoena (Mark Torf/Torf Envtl. Mgmt.), 357 F.3d 900, 907 (9th Cir. 2004).

The Parties therefore respectfully request the Court's assistance in determining whether these documents are privileged and/or irrelevant by performing an in camera review, and request that the Court withdraw Plaintiff's pending motion to compel discovery.

///

JOINT MOTION TO WITHDRAW MOTION TO COMPEL AND
REQUEST FOR *IN CAMERA* PRIVILEGE REVIEW
Page 3 of 5

**Bullivant|Houser|Bailey PC**
1700 Seventh Avenue, Suite 1810
Seattle, Washington 98101-1397
Telephone: 206.292.8930

DATED: September 20, 2016

                BULLIVANT HOUSER BAILEY PC


                By  */s/ Matthew R. Wojcik*
                    Matthew R. Wojcik, ABA 0710071
                    E. Pennock Gheen, *Pro Hac Vice*
                    Holly D. Brauchli, *Pro Hac Vice*
                    Telephone: 206.292.8930

                    Timothy Petumenos, ABA 7611147
                    Law Office of Tim Petumenos, LLC
                    Telephone: 907-276-2676
                    Attorneys for Defendant


            EDELSON PC


                By  */s/ J. Dominick Larry*
                    Jay Edelson (*pro hac vice*)
                    jedelson@edelson.com
                    Benjamin H. Richman (*pro hac vice*)
                    brichman@edelson.com
                    J. Dominick Larry (*pro hac vice*)
                    nlarry@edelson.com
                    David I. Mindell (*pro hac vice*)
                    dmindell@edelson.com
                    Rafey S. Balabanian (*pro hac vice*)
                    rbalabanian@edelson.com

                    Douglas Mertz, ABA 7505027
                    mertzlaw@gmail.com
                    MERTZ LAW
                    Tel: 907.586.4004
                    Attorneys for Plaintiff

4824-2429-4457.1

JOINT MOTION TO WITHDRAW MOTION TO COMPEL AND
REQUEST FOR *IN CAMERA* PRIVILEGE REVIEW
Page 4 of 5

**Bullivant|Houser|Bailey PC**
1700 Seventh Avenue, Suite 1810
Seattle, Washington 98101-1397
Telephone: 206.292.8930

# CERTIFICATE OF SERVICE

I hereby certify that on September 20, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the persons listed below:

| | |
|---|---|
| Jay Edelson<br>Rafey S. Balabanian<br>Benjamin H. Richman<br>J. Dominick Larry<br>David I. Mindell<br>Courtney C. Booth<br>Edelson PC<br>350 North LaSalle Street, Suite 1300<br>Chicago, IL  60654<br>jedelson@edelson.com<br>rbalabanian@edelson.com<br>brichman@edelson.com<br>nlarry@edelson.com<br>dmindell@edelson.com<br>cbooth@edelson.com<br>Attorneys for Plaintiff | Douglas K. Mertz<br>319 Seward Street, Suite 5<br>Juneau, Alaska 99801<br>dkmertz@ak.net<br>Attorneys for Plaintiff |

Timothy J. Petumenos
Law Offices of Tim Petumenos, LLC
1227 W. 9th Ave., Suite 301
Anchorage, AK  99501
timp@tpaklaw.com
Attorneys for Defendant

/s/ Matthew Wojcik
Matthew Wojcik

JOINT MOTION TO WITHDRAW MOTION TO COMPEL AND REQUEST FOR *IN CAMERA* PRIVILEGE REVIEW
**Page 5 of 5**

**Bullivant|Houser|Bailey PC**
1700 Seventh Avenue, Suite 1810
Seattle, Washington 98101-1397
Telephone: 206.292.8930