Douglas Mertz
mertzlaw@gmail.com
MERTZ LAW
319 Seward Street, Suite 5
Juneau, Alaska 99801
Tel: 907.586.4004
Fax: 888.586.4141

J. Dominick Larry (*pro hac vice*)
nlarry@edelson.com
EDELSON PC
350 North LaSalle Street, 13th Floor
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

*Counsel for Plaintiff and the Putative Class*
(Additional counsel listed on signature block)

# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MICHAEL COLE, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>GENE BY GENE, LTD., a Texas limited liability company,<br><br>*Defendant*. | Case No. 1:14-cv-0004-SLG<br><br>**STIPULATION EXTENDING BRIEFING SCHEDULE** |

Plaintiff Michael Cole and Defendant Gene by Gene, Ltd. (collectively "the Parties") hereby stipulate and agree to extend the briefing schedule on Defendant's pending motion to dismiss. In support the Parties state as follows:

1. Defendant filed its motion to dismiss pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(h)(3), (dkt. 95) (hereinafter "the Motion"), on September 16, 2016.

2. Pursuant to Civil Local Rule 7.1(f)(1), Plaintiff's response in opposition to the Motion is due on October 7, 2016.

3. Pursuant to Civil Local Rule 7.1(f)(3), the Parties may stipulate without further order of the Court to an extension of time for the filing of Plaintiff's response by 14 days, and Defendant's reply by 7 days.

4. The Parties have conferred and agreed to an extension of time for filing Plaintiff's response brief of 14 days, and an extension of time for filing Defendant's reply brief of 7 days.

Accordingly, the Parties hereby STIPULATE and AGREE as follows:

**A.** Plaintiff's response in opposition to Defendant's motion to dismiss, (dkt. 95), shall be filed no later than October 21, 2016.

**B.** Defendant's reply in support of its motion to dismiss shall be filed no later than November 14, 2016.

Respectfully submitted,

**MICHAEL COLE**, individually and on behalf of all others similarly situated individuals,

Dated: October 7, 2016     By: s/ J. Dominick Larry
                                         One of Plaintiff's Attorneys

Jay Edelson (*pro hac vice*)
jedelson@edelson.com
Benjamin H. Richman (*pro hac vice*)
brichman@edelson.com
J. Dominick Larry (*pro hac vice*)
nlarry@edelson.com
David I. Mindell (*pro hac vice*)
dmindell@edelson.com
EDELSON PC
350 North LaSalle Street, 13th Floor
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

Rafey S. Balabanian (*pro hac vice*)
rbalabanian@edelson.com
EDELSON PC

123 Townsend Street, Suite 100
San Francisco, California 94107
Tel: 415.212.9300
Fax: 415.373.9435

Douglas Mertz
mertzlaw@gmail.com
MERTZ LAW
319 Seward Street, Suite 5
Juneau, Alaska 99801
Tel: 907.586.4004
Fax: 888.586.4141


**GENE BY GENE, LTD**, ,

Dated: October 7, 2016          By: s/ Holly D. Brauchli
                                       One of Defendant's attorneys

Matthew R. Wojcik, ABA 0710071
matt.wojcik@bullivant.com
E. Pennock Gheen (*pro hac vice*)
penn.gheen@bullivant.com
Holly D. Brauchli (*pro hac vice*)
holly.brauchli@bullivant.com
BULLIVANT HOUSER BAILEY PC
1700 Seventh Ave., Suite 1810
Seattle, WA 98101
Tel: 206.292.8930
Fax: 206.386.5130

Tim Petumenos
timp@tpaklaw.com
LAW OFFICE OF TIME PETUMENOS, LLC
1227 W. 9th Ave., Suite 301
Anchorage, AK 99501
Tel: 907-276-2676
Fax: 907-277-8235

## **CERTIFICATE OF SERVICE**

  I hereby certify that on October 7, 2016, I served the above and foregoing by causing true and accurate copies of such paper to be filed and transmitted to all counsel of record via the Court's CM/ECF electronic filing system.

                    s/ J. Dominick Larry

STIP. TO EXTEND         4        CASE NO. 1:14-CV-0004-SLG
BRIEFING SCHEDULE

Case 1:14-cv-00004-SLG  Document 101  Filed 10/07/16  Page 4 of 4