IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

MICHAEL COLE, individually and on behalf of all others similarly situated,

    *Plaintiff*,

v.

GENE BY GENE, LTD., a Texas limited liability company,

    *Defendant*.

Case No. 1:14-cv-0004-SLG

## ORDER RE STIPULATION

Upon consideration of the parties' Stipulation Extending Briefing Schedule (Docket 101), the Court hereby APPROVES the stipulation.

IT IS ORDERED that Plaintiff's response to Defendant's Motion to Dismiss (Docket 95) shall be due by **October 21, 2016** and any reply by **November 14, 2016.**

DATED this 13th day of October, 2016.

                                      */s/ Sharon L. Gleason*
                                      UNITED STATES DISTRICT JUDGE