# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MICHAEL COLE, individually and on behalf of all others similarly situated,<br><br>   *Plaintiff*,<br><br>v.<br><br>GENE BY GENE, LTD., a Texas limited liability company,<br><br>   *Defendant*. | Case No. 1:14-cv-0004-SLG |

## ORDER GRANTING PLAINTIFF'S MOTION TO SEAL

Upon consideration of Plaintiff's Motion to Seal (Sealed Docket 106), the Court hereby GRANTS the motion.

IT IS ORDERED that Exhibits B, C, D, and E (Docket 106-2 through 5) to the Declaration of Benjamin H. Richman (Docket 105) filed concurrently with Plaintiff's Response (Docket 104) to Defendant's Motion to Dismiss Pursuant to Rule 12(b)(1) and 12(h)(3) (Docket 95) are ACCEPTED as filed under seal.

Dated this 1st day of November, 2016 at Anchorage, Alaska.

               */s/ Sharon L. Gleason*
               UNITED STATES DISTRICT JUDGE