# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MICHAEL COLE, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>GENE BY GENE, LTD., a Texas limited liability company,<br><br>*Defendant*. | Case No. 1:14-cv-0004-SLG<br><br>Honorable Sharon L. Gleason |

## ORDER RE UNOPPOSED MOTION FOR ORAL ARGUMENT

Upon consideration of Plaintiff's Unopposed Motion for Oral Argument on Defendant's Motion to Dismiss (Docket 116), the Court hereby GRANTS the motion.

IT IS ORDERED that Oral Argument on Defendant's Motion to Dismiss (Docket 95) shall be held on **December 2, 2016 at 10:00 a.m.** before Judge Sharon Gleason in Anchorage Courtroom 3. Telephonic participants are directed to call (907) 677-6248 five minutes before the start of the hearing. When prompted, please enter the following access code: **668160**. Each side will be accorded up to 20 minutes in which to make its argument.

DATED this 23rd day of November, 2016 at Anchorage, Alaska.

*/s/ Sharon L. Gleason*
UNITED STATES DISTRICT JUDGE