| USDCA 435 | Administrative Office of the United States Courts | | **FOR COURT USE ONLY** |
| --- | --- | --- | --- |
| (Rev. 07/14) | **TRANSCRIPT ORDER** | | **DUE DATE:** |
| *Read Instructions Page* | | | |

| 1. NAME: J. Dominick Larry | 2. PHONE NUMBER: 312-572-7212 | 3. DATE: 12/05/2016 | |
| --- | --- | --- | --- |
| 4. MAILING ADDRESS: 350 North LaSalle Street, 13th Floor | 5. CITY: Chicago | 6. STATE: IL | 7. ZIP CODE: 60654 |
| 8. CASE NUMBER: 1:14-cv-00004-SLG | 9. JUDICIAL OFFICIAL: Judge Gleason | DATES OF PROCEEDINGS | |
| | | 10. FROM 12/02/2016 | 11. TO 12/02/2016 |
| 12. CASE NAME: Cole v. Gene by Gene, Ltd. | | LOCATION OF PROCEEDINGS | |
| | | 13. CITY Anchorage | 14. STATE AK |

**15. ORDER FOR**
- ☐ APPEAL
- ☐ NON-APPEAL
- ☐ CRIMINAL
- ☒ CIVIL
- ☐ CRIMINAL JUSTICE ACT
- ☐ IN FORMA PAUPERIS
- ☐ BANKRUPTCY
- ☐ OTHER *(Specify)*

**16. TRANSCRIPT REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
| --- | --- | --- | --- |
| ☐ VOIR DIRE | | ☐ TESTIMONY (Specify Witness) | |
| ☐ OPENING STATEMENT (Plaintiff) | | | |
| ☐ OPENING STATEMENT (Defendant) | | | |
| ☐ CLOSING ARGUMENT (Plaintiff) | | ☒ PRE-TRIAL PROCEEDING (Specify) | |
| ☐ CLOSING ARGUMENT (Defendant) | | Full Tr. or Hrg. on Mtn. to Dismiss | 12/02/2016 |
| ☐ OPINION OF COURT | | | |
| ☐ JURY INSTRUCTIONS | | ☐ OTHER (Specify) | |
| ☐ SENTENCING | | | |
| ☐ BAIL HEARING | | | |

**17. ORDER**

| CATEGORY | ORIGINAL (Includes Free Copy for the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
| --- | --- | --- | --- | --- | --- |
| ORDINARY | $3.65 per page ☒ | ☒ | NO. OF COPIES 0 | | |
| EXPEDITED | $4.85 per page ☐ | ☐ | NO. OF COPIES | | |
| 14 DAY | $4.25 per page ☐ | ☐ | NO. OF COPIES | | |
| DAILY | $6.05 per page ☐ | ☐ | NO. OF COPIES | | |

CERTIFICATION (18. & 19.)
By signing below, I certify that I will pay all charges (deposit plus additional).

ESTIMATE TOTAL

| 18. SIGNATURE s/ J. Dominick Larry | PROCESSED BY |
| --- | --- |
| 19. DATE 12/05/2016 | PHONE NUMBER |
| TRANSCRIPT TO BE PREPARED BY | COURT ADDRESS |

| | DATE | BY | | |
| --- | --- | --- | --- | --- |
| ORDER RECEIVED | | | | |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | |

(Previous editions of this form may still be used)

**DISTRIBUTION:** COURT COPY    TRANSCRIPTION COPY    ORDER RECEIPT    ORDER COPY