Douglas Mertz
mertzlaw@gmail.com
MERTZ LAW
319 Seward Street, Suite 5
Juneau, Alaska 99801
Tel: 907.586.4004
Fax: 888.586.4141

J. Dominick Larry (*pro hac vice*)
nlarry@edelson.com
EDELSON PC
350 North LaSalle Street, 13th Floor
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

*Counsel for Plaintiff and the Putative Class*
(Additional counsel listed on signature block)

THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MICHAEL COLE, individually and on behalf of all others similarly situated, *Plaintiff*, v. GENE BY GENE, LTD., a Texas limited liability company, *Defendant*. | Case No. 1:14-cv-0004-SLG<br><br>Honorable Sharon L. Gleason<br><br>**PLAINTIFF'S NOTICE OF WITHDRAWAL OF MOTION TO SEAL** |

**To the Clerk of Court and Counsel of Record:**

**PLEASE TAKE NOTICE** that Plaintiff Michael Cole, by and through his counsel, hereby withdraws his sealed motion for leave to file documents under seal, (dkt. 124). As stated in Plaintiff's sealed motion, at the time Plaintiff filed his motion, Defendant had not yet stated whether it believed Exhibits 6, 7, and 8 to the Declaration of J. Dominick Larry could be publicly

filed. As such, Plaintiff filed those documents provisionally under seal, given their designation as CONFIDENTIAL pursuant to the protective order in place.

On December 13, 2016, counsel for Defendant informed Plaintiff's counsel that Defendant stipulated to the public filing of those materials, along with the unredacted version of Plaintiff's response in opposition to Defendant's motion for summary judgment. (Dkts. 122, 123.) Accordingly, Plaintiff hereby withdraws his sealed motion for leave to file documents under seal. (Dkt. 124.) Plaintiff will file unredacted copies of the provisionally sealed documents imminently.

Respectfully submitted,

**MICHAEL COLE**, individually and on behalf of all others similarly situated individuals,

Dated: December 13, 2016

By: s/ J. Dominick Larry
One of Plaintiff's Attorneys

Jay Edelson (*pro hac vice*)
jedelson@edelson.com
Benjamin H. Richman (*pro hac vice*)
brichman@edelson.com
J. Dominick Larry (*pro hac vice*)
nlarry@edelson.com
David I. Mindell (*pro hac vice*)
dmindell@edelson.com
EDELSON PC
350 North LaSalle Street, 13th Floor
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

Rafey S. Balabanian (*pro hac vice*)
rbalabanian@edelson.com
EDELSON PC
123 Townsend Street, Suite 100
San Francisco, California 94107
Tel: 415.212.9300
Fax: 415.373.9435

Douglas Mertz
mertzlaw@gmail.com
MERTZ LAW
319 Seward Street, Suite 5
Juneau, Alaska 99801
Tel: 907.586.4004
Fax: 888.586.4141

## CERTIFICATE OF SERVICE

      I hereby certify that on December 13, 2016, I served the above and foregoing by causing true and accurate copies of such paper to be filed and transmitted to all counsel of record via the Court's CM/ECF electronic filing system.

                                                 s/ J. Dominick Larry