# EXHIBIT A

## Provisionally Filed Under Seal