Matthew R. Wojcik, ABA 0710071
E-mail: matt.wojcik@bullivant.com
E. Pennock Gheen, *Pro Hac Vice*
E-mail: penn.gheen@bullivant.com
Holly D. Brauchli, *Pro Hac Vice*
E-mail: holly.brauchli@bullivant.com
Bullivant Houser Bailey PC
1700 Seventh Avenue, Suite 1810
Seattle, Washington 98101-1397
Telephone: 206.292.8930
Facsimile: 206.386.5130

Timothy Petumenos, ABA 7611147
E-mail: timp@tpaklaw.com
Law Office of Tim Petumenos, LLC
1227 W. 9th Ave., Suite 301
Anchorage, Alaska 99501
Telephone: 907-276-2676
Facsimile: 907-277-8235

Attorneys for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| MICHAEL COLE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GENE BY GENE, LTD., a Texas Limited Liability Company d/b/a FAMILY TREE DNA,<br><br>Defendant. | Civil No.: 1:14-cv-00004-SLG<br><br>DEFENDANT'S MOTION TO STRIKE PLAINTIFF'S REPLY BRIEFING REGARDING CLASS CERTIFICATION AND RELATED DOCUMENTS (DKT. 150-151) |

DEFENDANT'S MOTION TO STRIKE PLAINTIFF'S REPLY BRIEFING
REGARDING CLASS CERTIFICATION AND RELATED DOCUMENTS
(DKT. 150-151) **Page 1 of 4**

Bullivant|Houser|Bailey PC
1700 Seventh Avenue, Suite 1810
Seattle, Washington 98101-1397
Telephone: 206.292.8930

Case 1:14-cv-00004-SLG   Document 153   Filed 02/16/17   Page 1 of 4

On February 1, 2017, Defendant responded to Plaintiff's Motion for Class Certification.[1]

Local Civil Rule 7.1 is clear on filing requirements. Among other things, it mandates

> **(f) Time Limits.** Unless otherwise ordered by the court, provided by statute, or rule:
>
> (1) for motions brought under Federal Rule of Civil Procedure 12(b), 12(c), and 56, an opposition must be served and filed within twenty-one (21) days of service of the motion, and a reply, if any, within fourteen (14) days of service of the opposition;
>
> **(2) for all other motions, an opposition must be served and filed within fourteen (14) days of service of the motion, and a reply, if any, within seven (7) days of service of the opposition.**
>
> (3) The parties may, by stipulation filed with the court and without further order of the court, extend the time for filing an opposition by not more than fourteen (14) days and a reply, if any, by not more than seven (7) days.[2]

Plaintiff's motion is made pursuant to Rule 23, and is therefore governed by Local Civil Rule 7.1(f)(2). Accordingly, because no stipulation or order indicates otherwise, Plaintiff's reply briefing was due on February 8, 2017, seven days after service of Plaintiff's opposition. Plaintiff's reply materials came seven days later, on February 15, 2017.[3] The materials are untimely and does not comply with Local Rule 7.1. Filings that fail to comply with this Local Rule must be stricken. Thrasher v. Colvin, No. 3:13-CV-00166-SLG, 2014 WL 3925144, at *1 (D. Alaska Aug. 12, 2014), aff'd, 611 F. App'x 915 (9th Cir. 2015) (failure to reference

---

[1] Dkt. 146, 147.

[2] AK R USDCT LR 7.1

[3] Dkt. 150, 151.

DEFENDANT'S MOTION TO STRIKE PLAINTIFF'S REPLY BRIEFING REGARDING CLASS CERTIFICATION AND RELATED DOCUMENTS (DKT. 150-151) **Page 2 of 4**

Bullivant|Houser|Bailey PC
1700 Seventh Avenue, Suite 1810
Seattle, Washington 98101-1397
Telephone: 206.292.8930

Case 1:14-cv-00004-SLG   Document 153   Filed 02/16/17   Page 2 of 4

page numbers of original briefing in notice of supplemental authority was in non-compliance with local rule, therefore supplement authority briefing stricken); Crowley v. Boothe, No. 3:13-CV-00106-TMB, 2014 WL 7272408, at *1 (D. Alaska Dec. 17, 2014) (filing not authorized by local rule so "must be stricken"); Nicdao v. Chase Home Fin., No. 3:10-CV-00192-TMB, 2011 WL 13118552, at *3 (D. Alaska Dec. 8, 2011) (untimely filing stricken).

Defendant requests that the Court strike Plaintiff's untimely Reply and the materials related thereto, found at Docket Numbers 150 and 151.

DATED: February 16, 2017

BULLIVANT HOUSER BAILEY PC

By _____
Matthew R. Wojcik, ABA 0710071
E. Pennock Gheen, *Pro Hac Vice*
Holly D. Brauchli, *Pro Hac Vice*
Telephone: 206.292.8930

Timothy Petumenos, ABA 7611147
Law Office of Tim Petumenos, LLC
Telephone: 907-276-2676
Attorneys for Defendant

4850-9552-1859.1

DEFENDANT'S MOTION TO STRIKE PLAINTIFF'S REPLY BRIEFING REGARDING CLASS CERTIFICATION AND RELATED DOCUMENTS (DKT. 150-151) **Page 3 of 4**

Bullivant|Houser|Bailey PC
1700 Seventh Avenue, Suite 1810
Seattle, Washington 98101-1397
Telephone: 206.292.8930

Case 1:14-cv-00004-SLG   Document 153   Filed 02/16/17   Page 3 of 4

## CERTIFICATE OF SERVICE

I hereby certify that on February 16, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the persons listed below:

Jay Edelson
Rafey S. Balabanian
Benjamin H. Richman
J. Dominick Larry
David I. Mindell
Courtney C. Booth
Edelson PC
350 North LaSalle Street, Suite 1300
Chicago, IL 60654
jedelson@edelson.com
rbalabanian@edelson.com
brichman@edelson.com
nlarry@edelson.com
dmindell@edelson.com
cbooth@edelson.com
Attorneys for Plaintiff

Timothy J. Petumenos
Law Offices of Tim Petumenos, LLC
1227 W. 9th Ave., Suite 301
Anchorage, AK 99501
timp@tpaklaw.com
Attorneys for Defendant

Douglas K. Mertz
319 Seward Street, Suite 5
Juneau, Alaska 99801
dkmertz@ak.net
Attorneys for Plaintiff

/s/ Holly D. Brauchli
Holly D. Brauchli

DEFENDANT'S MOTION TO STRIKE PLAINTIFF'S REPLY BRIEFING REGARDING CLASS CERTIFICATION AND RELATED DOCUMENTS (DKT. 150-151) **Page 4 of 4**

Bullivant|Houser|Bailey PC
1700 Seventh Avenue, Suite 1810
Seattle, Washington 98101-1397
Telephone: 206.292.8930

Case 1:14-cv-00004-SLG   Document 153   Filed 02/16/17   Page 4 of 4