UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

OCT 12 2017

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| MICHAEL COLE, individually and on behalf of all others similarly situated, Plaintiff-Petitioner, v. GENE BY GENE, LTD., DBA Family Tree DNA, a Texas limited liability company, Defendant-Respondent. | No. 17-80160 D.C. No. 1:14-cv-00004-SLG District of Alaska, Juneau ORDER |

Before: WARDLAW and GOULD, Circuit Judges.

The court, in its discretion, grants the petition for permission to appeal the district court's July 28, 2017 order denying class action certification. *See* Fed. R. Civ. P. 23(f); *Chamberlan v. Ford Motor Co.*, 402 F.3d 952 (9th Cir. 2005). Within 14 days after the date of this order, petitioner shall perfect the appeal in accordance with Federal Rule of Appellate Procedure 5(d).