IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MICHAEL COLE,<br><br>*Plaintiff*,<br><br>v.<br><br>GENE BY GENE, LTD., a Texas limited liability company,<br><br>*Defendant*. | Case No. 1:14-cv-0004-SLG<br><br>**STIPULATION TO DISMISS PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)** |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Michael Cole and Defendant Gene by Gene Ltd., by and through their undersigned counsel, hereby stipulate and agree to the dismissal of Plaintiff Cole's claims without prejudice, with each party to bear their own attorneys' fees and costs.

Respectfully submitted,

**MICHAEL COLE**,

Dated: December 9, 2019       By:  s/ Benjamin H. Richman
                                                  One of Plaintiff's Attorneys


**GENE BY GENE LTD.**,

Dated: December 9, 2019       By:  s/ Matt Wojcik
                                                  One of Defendant's Attorneys

## SIGNATURE ATTESTATION

I hereby attest that the content of this document is acceptable to all persons whose signatures are indicated by a conformed signature (s/) within this e-filed document.

s/ Benjamin H. Richman

## CERTIFICATE OF SERVICE

I hereby certify that on December 9, 2019, I served the above and foregoing ***Stipulation to Dismiss Pursuant to Fed R. Civ. P. 41***, by causing true and accurate copies of such paper to be filed and transmitted to all counsel of record via the Court's CM/ECF electronic filing system.

s/ Benjamin H. Richman